| United States Bankruptcy Court<br>Northern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Empyrean Towers, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Prize Group, LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**90-1110785** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**344 13th Street**<br>**Oakland, CA**<br>ZIP Code **94612** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Alameda** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 642447**<br>**San Francisco, CA**<br>ZIP Code **94164** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **344 13th Street**<br>**Oakland, CA 94612** |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Empyrean Towers, LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Empyrean Towers, LLC**

### Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X** /s/ Eric A. Nyberg
Signature of Attorney for Debtor(s)

 Eric A. Nyberg 131105
Printed Name of Attorney for Debtor(s)

 Kornfield, Nyberg, Bendes & Kuhner, P.C.
Firm Name

 **1970 Broadway, Ste 225**
 **Oakland, CA 94612**

_____
Address

 **510-763-1000  Fax: 510-273-8669**
Telephone Number

 **July 30, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Alice Tse
Signature of Authorized Individual

 **Alice Tse**
Printed Name of Authorized Individual

 **Manager**
Title of Authorized Individual

 **July 30, 2015**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Northern District of California

In re   **Empyrean Towers, LLC**            Case No. _____

                                 Debtor(s)        Chapter     **11** _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| ACG Engineers, Inc.<br>7347 Mission Street<br>Daly City, CA 94014 | ACG Engineers, Inc.<br>7347 Mission Street<br>Daly City, CA 94014 | Electrical engineers | | 3,000.00 |
| All American Elevators<br>PO Box 1031<br>Benicia, CA 94510 | All American Elevators<br>PO Box 1031<br>Benicia, CA 94510 | Elevator service | | 3,400.00 |
| Avignon O'Farrell, LLC<br>PO Box 642447<br>San Francisco, CA 94164 | Avignon O'Farrell, LLC<br>PO Box 642447<br>San Francisco, CA 94164 | Promissory Note | | 140,000.00 |
| Ball Security<br>1104 Corporate Way<br>Sacramento, CA 95831 | Ball Security<br>1104 Corporate Way<br>Sacramento, CA 95831 | Security | | 1,232.00 |
| Baya Hamadou<br>344 13th Street, #207<br>Oakland, CA 94612 | Baya Hamadou<br>344 13th Street, #207<br>Oakland, CA 94612 | Deposit | | 1,200.00 |
| City of Oakland<br>Business Tax Section<br>1221 Oak Street, Rm 131<br>Oakland, CA 94612 | City of Oakland<br>Business Tax Section<br>1221 Oak Street, Rm 131<br>Oakland, CA 94612 | Business tax lien | | 3,814.41 |
| EBMUD<br>Attn: Bankruptcy<br>PO Box 1000<br>Oakland, CA 94649-0001 | EBMUD<br>Attn: Bankruptcy<br>PO Box 1000<br>Oakland, CA 94649-0001 | water bill | | 8,383.50 |
| Enkhjin Usukhbayar<br>Uyanga Ushkhbayar<br>344 13th Street, #305<br>Oakland, CA 94612 | Enkhjin Usukhbayar<br>Uyanga Ushkhbayar<br>344 13th Street, #305<br>Oakland, CA 94612 | Deposit | | 1,990.00 |
| Escalade Capital Group, LLC<br>PO Box 642447<br>San Francisco, CA 94164 | Escalade Capital Group, LLC<br>PO Box 642447<br>San Francisco, CA 94164 | Loans | | 12,000.00 |
| Estes Chastian<br>344 13th Street, #711<br>Oakland, CA 94612 | Estes Chastian<br>344 13th Street, #711<br>Oakland, CA 94612 | Deposit | | 1,050.00 |
| Halley Park<br>344 13th Street, #314<br>Oakland, CA 94612 | Halley Park<br>344 13th Street, #314<br>Oakland, CA 94612 | Deposit | | 1,492.50 |

In re  **Empyrean Towers, LLC**                                      Case No. _____

                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Innovistech Realty, LLC**<br>**PO Box 642447**<br>**San Francisco, CA 94164** | **Innovistech Realty, LLC**<br>**PO Box 642447**<br>**San Francisco, CA 94164** | **Loans** | | **151,949.94** |
| **Kieran McCreedy**<br>**344 13th Street, #707**<br>**Oakland, CA 94612** | **Kieran McCreedy**<br>**344 13th Street, #707**<br>**Oakland, CA 94612** | **Deposit** | | **1,125.00** |
| **Lina Zocchi**<br>**344 13th Street, #705**<br>**Oakland, CA 94612** | **Lina Zocchi**<br>**344 13th Street, #705**<br>**Oakland, CA 94612** | **Deposit** | | **1,492.50** |
| **Michaelina Simik**<br>**344 13th Street, #405**<br>**Oakland, CA 94612** | **Michaelina Simik**<br>**344 13th Street, #405**<br>**Oakland, CA 94612** | **Deposit** | | **1,492.50** |
| **Mindy Taylor**<br>**344 13th Street, #709**<br>**Oakland, CA 94612** | **Mindy Taylor**<br>**344 13th Street, #709**<br>**Oakland, CA 94612** | **Deposit** | | **1,492.50** |
| **Nicholas Fiske**<br>**344 13th Street, #710**<br>**Oakland, CA 94612** | **Nicholas Fiske**<br>**344 13th Street, #710**<br>**Oakland, CA 94612** | **Deposit** | | **1,600.00** |
| **Patrick Ahern**<br>**344 13th Street, #204**<br>**Oakland, CA 94612** | **Patrick Ahern**<br>**344 13th Street, #204**<br>**Oakland, CA 94612** | **Deposit** | | **1,125.00** |
| **Tyron Nalls**<br>**344 13th Street, #607**<br>**Oakland, CA 94612** | **Tyron Nalls**<br>**344 13th Street, #607**<br>**Oakland, CA 94612** | **deposit** | | **1,600.00** |
| **Whitney Walton**<br>**344 13th Street, #701**<br>**Oakland, CA 94612** | **Whitney Walton**<br>**344 13th Street, #701**<br>**Oakland, CA 94612** | **Deposit** | | **1,500.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 30, 2015**                              Signature    **/s/ Alice Tse**
                                                                   **Alice Tse**
                                                                   **Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re    **Empyrean Towers, LLC** _____,    Case No. _____
                                    Debtor

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 5,650,000.00 | | |
| B - Personal Property | Yes | 3 | 374,752.55 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 4,239,430.94 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 6 | | 23,849.41 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 21 | | 996,965.44 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 37 | | | |
| Total Assets | | | 6,024,752.55 | | |
| Total Liabilities | | | | 5,260,245.79 | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re   **Empyrean Towers, LLC**

                                Debtor

Case No. _____

Chapter         **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

In re    **Empyrean Towers, LLC**                       Case No. _____

_____ ,
                                 Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **344 13th St, Oakland, CA** | | - | 5,650,000.00 | 4,239,430.94 |

|  | Sub-Total > | 5,650,000.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 5,650,000.00 |  |

**0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

In re  **Empyrean Towers, LLC** ,  Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cashier's check** | - | **1,500.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo Bank checking XXX2703** | - | **41.98** |
| | | **Wells Fargo Bank Savings  X8114** | - | **6.57** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Whitworth retainer** | - | **30,000.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Liability Insurance with Scottsdale** | - | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >  **31,548.55**

(Total of this page)

___2___ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

In re __Empyrean Towers, LLC_____,   Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Commercial restaurant tenants Flower to Fruit, LLC-$107,652**<br><br>**Non-paying tenants $234,902** | - | 342,554.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

|  | Sub-Total > | 342,554.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

In re   **Empyrean Towers, LLC**                     ,     Case No. _____

                                       Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Loss of income claim filed with Scottsdale Insurance Co.** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Surveillance DVR, computer in office** | - | **650.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                              Sub-Total >       **650.00**
               (Total of this page)
                                Total >     **374,752.55**

Sheet  **2**  of  **2**  continuation sheets attached
to the Schedule of Personal Property                                (Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

In re   **Empyrean Towers, LLC**            ,       Case No. _____

                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxx-x11-00** <br><br> **Alameda County Tax Collector** <br> **Donald R. White** <br> **1221 Oak St, Rm 13** <br> **Oakland, CA 94612** | | - | 2014-2015 tax year <br><br> 344 13th St, Oakland, CA | | | | | |
| | | | Value $ 5,650,000.00 | | | | 43,430.94 | 0.00 |
| Account No. <br><br> **Bunia Enterprizes, Inc.** <br> **c/o Yehudah Fersht** <br> **5330 Bluebell Ave** <br> **Valley Village, CA 91607** | | | 7/17/2015 <br><br> Receiver's Certificate of Indebtedness <br><br> 344 13th St, Oakland, CA | | | X | | |
| | | | Value $ 5,650,000.00 | | | | 125,000.00 | 0.00 |
| Account No. **x0869** <br><br> **East West Bank** <br> **c/o Patricia Lyon** <br> **French & Lyon** <br> **1990 California Blvd, Ste 300** <br> **Walnut Creek, CA 94596** | X | - | 4/11/2005 <br><br> Loan <br><br> 344 13th St, Oakland, CA | | | | | |
| | | | Value $ 5,650,000.00 | | | | 2,200,000.00 | 0.00 |
| Account No. <br><br> **G & G Capital, LLC** <br> **c/o Gerald Feldman** <br> **220 S. Camden Dr** <br> **Beverly Hills, CA 90212** | | - | 7/17/2015 <br><br> Receiver's Certificate of Indebtedness <br><br> 344 13th St, Oakland, CA | | | X | | |
| | | | Value $ 5,650,000.00 | | | | 125,000.00 | 0.00 |

  **1**  continuation sheets attached

Subtotal <br> (Total of this page)        **2,493,430.94**        **0.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

In re __Empyrean Towers, LLC_____,     Case No. _____

                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 344 13th St, Oakland, CA | | | | | |
| Richard Singer c/o Steven Morger Wendel, Rosen, Black & Dean, LLP 1111 Broadway, Ste 2400 Oakland, CA 94607 | - | | | | | X | | |
| | | | Value $ 5,650,000.00 | | | | 366,000.00 | 0.00 |
| Account No. | | | January 2014 344 13th St, Oakland, CA | | | | | |
| Sang San Tse PO Box 642447 San Francisco, CA 94164 | - | | | | | | | |
| | | | Value $ 5,650,000.00 | | | | 400,000.00 | 0.00 |
| Account No. | | | May 2015 344 13th St, Oakland, CA | | | | | |
| Sang San Tse PO Box 642447 San Francisco, CA 94164 | - | | | | | X | | |
| | | | Value $ 5,650,000.00 | | | | 980,000.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet _1__ of _1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 1,746,000.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 4,239,430.94 | 0.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re  **Empyrean Towers, LLC**
_____,   Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

■ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**5** continuation sheets attached

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re **Empyrean Towers, LLC** , Case No. _____
                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit | | | | | | |
| Baya Hamadou 344 13th Street, #207 Oakland, CA 94612 | - | | | | | | 1,200.00 | | 0.00 / 1,200.00 |
| Account No. | | | Deposit | | | | | | |
| Chris Akin 344 13th Street, #206 Oakland, CA 94612 | - | | | | | | 500.00 | | 0.00 / 500.00 |
| Account No. | | | Deposit | | | | | | |
| Devontae Harrell Patricia Lee 344 13th Street, #715 Oakland, CA 94612 | - | | | | | | 975.00 | | 0.00 / 975.00 |
| Account No. | | | Deposit | | | | | | |
| Enkhjin Usukhbayar Uyanga Ushkhbayar 344 13th Street, #305 Oakland, CA 94612 | - | | | | | | 1,990.00 | | 0.00 / 1,990.00 |
| Account No. | | | Deposit | | | | | | |
| Eric Daniels 344 13th Street, #205 Oakland, CA 94612 | - | | | | | | 500.00 | | 0.00 / 500.00 |

Sheet **1** of **5** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page): 5,165.00 | 0.00 / 5,165.00

Case: 15-42341   Doc# 1   Filed: 07/30/15   Entered: 07/30/15 10:53:56   Page 15 of 79

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

In re __Empyrean Towers, LLC_____ , Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit | | | | | |
| **Estes Chastian** **344 13th Street, #711** **Oakland, CA 94612** | | - | | | | | 1,050.00 | 0.00 1,050.00 |
| Account No. | | | Deposit | | | | | |
| **Halley Park** **344 13th Street, #314** **Oakland, CA 94612** | | - | | | | | 1,492.50 | 0.00 1,492.50 |
| Account No. | | | Deposit | | | | | |
| **Kieran McCreedy** **344 13th Street, #707** **Oakland, CA 94612** | | - | | | | | 1,125.00 | 0.00 1,125.00 |
| Account No. | | | Deposit | | | | | |
| **Lina Zocchi** **344 13th Street, #705** **Oakland, CA 94612** | | - | | | | | 1,492.50 | 0.00 1,492.50 |
| Account No. | | | Deposit | | | | | |
| **Michaelina Simik** **344 13th Street, #405** **Oakland, CA 94612** | | - | | | | | 1,492.50 | 0.00 1,492.50 |

Sheet __2__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 6,652.50 | 6,652.50 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

In re **Empyrean Towers, LLC**                                    , Case No. _____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deposit | | | | | |
| Mindy Taylor<br>344 13th Street, #709<br>Oakland, CA 94612 | - | | | | | | | 0.00 |
| | | | | | | | 1,492.50 | 1,492.50 |
| Account No. | | | Deposit | | | | | |
| Nicholas Fiske<br>344 13th Street, #710<br>Oakland, CA 94612 | - | | | | | | | 0.00 |
| | | | | | | | 1,600.00 | 1,600.00 |
| Account No. | | | Deposit | | | | | |
| Patrick Ahern<br>344 13th Street, #204<br>Oakland, CA 94612 | - | | | | | | | 0.00 |
| | | | | | | | 1,125.00 | 1,125.00 |
| Account No. | | | Deposit | | | | | |
| Robert Turner Jr.<br>Jean Turner<br>344 13th Street, #209<br>Oakland, CA 94612 | - | | | | | | | 0.00 |
| | | | | | | | 900.00 | 900.00 |
| Account No. | | | deposit | | | | | |
| Tyron Nalls<br>344 13th Street, #607<br>Oakland, CA 94612 | - | | | | | | | 0.00 |
| | | | | | | | 1,600.00 | 1,600.00 |

Sheet __3__ of __5__ continuation sheets attached to       Subtotal       | 0.00
Schedule of Creditors Holding Unsecured Priority Claims    (Total of this page)   6,717.50 | 6,717.50

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

In re **Empyrean Towers, LLC** _____ ,  Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Deposits by individuals**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Whitney Walton** <br> **344 13th Street, #701** <br> **Oakland, CA 94612** | - | | **Deposit** | | | | <br><br><br> 1,500.00 | 0.00 <br><br><br> 1,500.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __4__ of __5__ continuation sheets attached to  
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal  
(Total of this page)

| 0.00 |
|---|
| 1,500.00 | 1,500.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re **Empyrean Towers, LLC** _____ ,    Case No. _____

                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Business tax lien | | | | | |
| City of Oakland Business Tax Section 1221 Oak Street, Rm 131 Oakland, CA 94612 | - | | | | | | 3,814.41 | 0.00 / 3,814.41 |
| Account No. | | | Notice Purposes | | | | | |
| Franchise Tax Board Bankruptcy Unit P.O. Box 2952 Sacramento, CA 95827-2952 | - | | | | | | 0.00 | 0.00 / 0.00 |
| Account No. | | | Notice Purposes | | | | | |
| Internal Revenue Service Special Procedures Branch Bankruptcy Section/Mail Code 1400S 1301 Clay St. Oakland, CA 94612-5210 | - | | | | | | 0.00 | 0.00 / 0.00 |
| Account No. | | | Notice Purposes | | | | | |
| State Board of Equalization Acct Reference Group MIC 29 P. O. Box 942879 Sacramento, CA 94279-0029 | - | | | | | | 0.00 | 0.00 / 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __5__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 3,814.41 | 0.00 / 3,814.41 |
| Total (Report on Summary of Schedules) | 23,849.41 | 0.00 / 23,849.41 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

In re **Empyrean Towers, LLC** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. | | - | | Fire Alarm Service | | | | |
| **A Total Fire Pro** **3075 Alhambra Dr, Ste 205** **Shingle Springs, CA 95682** | | | | | | | | **1,000.00** |
| Account No. | | - | | Electrical engineers | | | | |
| **ACG Engineers, Inc.** **7347 Mission Street** **Daly City, CA 94014** | | | | | | | | **3,000.00** |
| Account No. | | - | | Notice Purposes Only | | | | |
| **Aja Freeman** **344 13th Street, #302** **Oakland, CA 94612** | | | | | | | | **0.00** |
| Account No. | | - | | Notice Purposes | | | | |
| **Alice Tse** **PO Box 642447** **San Francisco, CA 94164** | | | | | | | | **0.00** |
| | | | | Subtotal (Total of this page) | | | | **4,000.00** |

__20__  continuation sheets attached

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com   S/N:27103-150709   Best Case Bankruptcy

In re __**Empyrean Towers, LLC**_____ ,    Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | within the past 2 years loans | | | | |
| **Alice Tse PO Box 642447 San Francisco, CA 94164** | - | | | | | | 259,000.00 |
| Account No. | | | Elevator service | | | | |
| **All American Elevators PO Box 1031 Benicia, CA 94510** | - | | | | | | 3,400.00 |
| Account No. | | | Complaint | | | | |
| **Andrea Polega c/o Andrew Wolff Law Offices of Andrew Wolff 1970 Broadway, Ste 210 Oakland, CA 94612** | - | | | | | X | Unknown |
| Account No. | | | Complaint | | | | |
| **Andrew Allen c/o Andrew Wolff Law Offices of Andrew Wolff 1970 Broadway, Ste 210 Oakland, CA 94612** | - | | | | | X | Unknown |
| Account No. | | | Complaint | | | | |
| **Arcardio Lynn c/o Andrew Wolff Law Offices of Andrew Wolff 1970 Broadway, Ste 210 Oakland, CA 94612** | - | | | | | X | Unknown |

Sheet no. __1___ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **262,400.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re **Empyrean Towers, LLC**                                           Case No. _____
                                                    ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Purposes Only | | | | |
| Ariana Patterson 344 13th Street, #216 Oakland, CA 94612 | - | | | | | | 0.00 |
| Account No. | | | 5/7/2015 Promissory Note | | | | |
| Avignon O'Farrell, LLC PO Box 642447 San Francisco, CA 94164 | - | | | | | | 140,000.00 |
| Account No. | | | Security | | | | |
| Ball Security 1104 Corporate Way Sacramento, CA 95831 | - | | | | | | 1,232.00 |
| Account No. | | | Notice Purposes Only | | | | |
| Baya Hamadou 344 13th Street, #207 Oakland, CA 94612 | - | | | | | | 0.00 |
| Account No. | | | Complaint | | | | |
| Brandon Gunn c/o Andrew Wolff Law Offices of Andrew Wolff 1970 Broadway, Ste 210 Oakland, CA 94612 | - | | | | | X | Unknown |

| | | |
|---|---|---|
| Sheet no. __2___ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 141,232.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re **Empyrean Towers, LLC**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Notice Purposes | | | | |
| Carlos G. Acosta 344 13th St Oakland, CA 94612 | - | | | | | | | | 0.00 |
| Account No. | | | | | Notice Purposes Only | | | | |
| Carter Mayfield 344 13th Street, #706 Oakland, CA 94612 | - | | | | | | | | 0.00 |
| Account No. | | | | | Notice Purposes | | | | |
| Cas M. Black 972 61st Place, Apt 1 Oakland, CA 94608 | - | | | | | | | | 0.00 |
| Account No. | | | | | misc dates loans | | | | |
| Ching Fung Tsui Trust PO Box 642447 San Francisco, CA 94164 | - | | | | | | | | 417,000.00 |
| Account No. | | | | | Notice Purposes Only | | | | |
| Chris Akin 344 13th Street, #206 Oakland, CA 94612 | - | | | | | | | | 0.00 |

Sheet no. __3__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **417,000.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re __Empyrean Towers, LLC_____,  Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Complaint | | | | |
| Christal Foreman c/o Charles R. Ostertag Alamere Law 802 B Street San Rafael, CA 94901 | - | | | | | X | Unknown |
| Account No. | | | Notice Purposes Only | | | | |
| Christopher Kahapea 344 13th Street, #312 Oakland, CA 94612 | - | | | | | | 0.00 |
| Account No. | | | Complaint | | | | |
| Christopher Wamsley c/o Andrew Wolff Law Offices of Andrew Wolff 1970 Broadway, Ste 210 Oakland, CA 94612 | - | | | | | X | Unknown |
| Account No. | | | Complaint | | | | |
| Darrell Moore c/o Andrew Wolff Law Offices of Andrew Wolff 1970 Broadway, Ste 210 Oakland, CA 94612 | - | | | | | X | Unknown |
| Account No. | | | Notice Purposes Only | | | | |
| Devontae Harrell Patricia Lee 344 13th Street, #715 Oakland, CA 94612 | - | | | | | | 0.00 |

Sheet no. __4___ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re **Empyrean Towers, LLC** ,                    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Notice Purposes Only | | | | |
| Dimichael Couvason 344 13th Street, #508 Oakland, CA 94612 | | - | | | | | | | 0.00 |
| Account No. | | | | | Complaint | | | | |
| Don Fisher c/o Andrew Wolff Law Offices of Andrew Wolff 1970 Broadway, Ste 210 Oakland, CA 94612 | | - | | | | | | X | Unknown |
| Account No. | | | | | Complaint | | | | |
| Donald Devereaux c/o Andrew Wolff Law Offices of Andrew Wolff 1970 Broadway, Ste 210 Oakland, CA 94612 | | - | | | | | | X | Unknown |
| Account No. | | | | | Complaint | | | | |
| Donald Torte c/o Andrew Wolff Law Offices of Andrew Wolff 1970 Broadway, Ste 210 Oakland, CA 94612 | | - | | | | | | X | Unknown |
| Account No. | | | | | Notice Purposes Only | | | | |
| Duncan Falls 344 13th Street, #601 Oakland, CA 94612 | | - | | | | | | | 0.00 |

Sheet no. __5__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        0.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re **Empyrean Towers, LLC** ,                    Case No. _____
                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Dwan Elevator Co.**<br>**699 4th Street**<br>**Oakland, CA 94607** | | - | | **Elevator maintenance** | | | | **0.00** |
| Account No. **xxxxxxx2680**<br><br>**EBMUD**<br>**Attn: Bankruptcy**<br>**PO Box 1000**<br>**Oakland, CA 94649-0001** | | - | | **within the past 6 months**<br>**water bill** | | | | **8,383.50** |
| Account No.<br><br>**Eboni Wilson**<br>**c/o Andrew Wolff**<br>**Law Offices of Andrew Wolff**<br>**1970 Broadway, Ste 210**<br>**Oakland, CA 94612** | | - | | **Complaint** | | | X | **Unknown** |
| Account No.<br><br>**Ed King**<br>**c/o Andrew Wolff**<br>**Law Offices of Andrew Wolff**<br>**1970 Broadway, Ste 210**<br>**Oakland, CA 94612** | | - | | **Complaint** | | | X | **Unknown** |
| Account No.<br><br>**Edmundo J Rojas-Romero**<br>**827 Bellevue Ave**<br>**Daly City, CA 94014** | | - | | **Notice Purposes** | | | | **0.00** |

Sheet no. __6__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,383.50**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re  **Empyrean Towers, LLC** _____ ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Complaint | | | | |
| **Eileen Baptistin Level c/o Andrew Wolff Law Offices of Andrew Wolff 1970 Broadway, Ste 210 Oakland, CA 94612** | - | | | | | | X | **Unknown** |
| Account No. | | | | Notice Purposes Only | | | | |
| **Enkhjin Usukhbayar Uyanga Ushkhbayar 344 13th Street, #305 Oakland, CA 94612** | - | | | | | | | **0.00** |
| Account No. | | | | Notice Purposes Only | | | | |
| **Eric Daniels 344 13th Street, #205 Oakland, CA 94612** | - | | | | | | | **0.00** |
| Account No. | | | | January and April 2015 Loans | | | | |
| **Escalade Capital Group, LLC PO Box 642447 San Francisco, CA 94164** | - | | | | | | | **12,000.00** |
| Account No. | | | | Notice Purposes Only | | | | |
| **Estes Chastian 344 13th Street, #711 Oakland, CA 94612** | - | | | | | | | **0.00** |

Sheet no. __7__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **12,000.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

In re __Empyrean Towers, LLC_____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | Complaint | | | X | |
| Eva Hoerler c/o Andrew Wolff Law Offices of Andrew Wolff 1970 Broadway, Ste 210 Oakland, CA 94612 | | | | | | | | Unknown |
| Account No. | | - | | Complaint | | | X | |
| Evan Cottman c/o Andrew Wolff Law Offices of Andrew Wolff 1970 Broadway, Ste 210 Oakland, CA 94612 | | | | | | | | Unknown |
| Account No. | | - | | Electrician | | | | |
| Green Electric 1700 Shattuck Ave, Ste 71 Berkeley, CA 94709 | | | | | | | | Unknown |
| Account No. | | - | | Notice Purposes Only | | | | |
| Halley Park 344 13th Street, #314 Oakland, CA 94612 | | | | | | | | 0.00 |
| Account No. | | - | | Complaint | | | X | |
| Hunter Sims c/o Andrew Wolff Law Offices of Andrew Wolff 1970 Broadway, Ste 210 Oakland, CA 94612 | | | | | | | | Unknown |

Sheet no. __8__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         0.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re **Empyrean Towers, LLC** _____,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Loans | | | | |
| Innovistech Realty, LLC PO Box 642447 San Francisco, CA 94164 | | - | | | | | | 151,949.94 |
| Account No. | | | | Plumbers | | | | |
| J. Carrillo Plumbing & Drains 393 Nassau Lane Hayward, CA 94544 | | - | | | | | | 0.00 |
| Account No. | | | | Complaint | | | | |
| Jasmine Smith c/o Andrew Wolff Law Offices of Andrew Wolff 1970 Broadway, Ste 210 Oakland, CA 94612 | | - | | | | | X | Unknown |
| Account No. | | | | Notice Purposes Only | | | | |
| Jason Greer 344 13th Street, #306 Oakland, CA 94612 | | - | | | | | | 0.00 |
| Account No. | | | | Complaint | | | | |
| Javon Crutchfield c/o Andrew Wolff Law Offices of Andrew Wolff 1970 Broadway, Ste 210 Oakland, CA 94612 | | - | | | | | X | Unknown |

Sheet no. __9__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **151,949.94**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re  **Empyrean Towers, LLC**                                   ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Purposes | | | | |
| Jessie Alford 344 13th Street, #202 Oakland, CA 94612 | - | | | | | | 0.00 |
| Account No. | | | Notice Purposes Only | | | | |
| Jessie Weimer 344 13th Street, #402 Oakland, CA 94612 | - | | | | | | 0.00 |
| Account No. | | | Complaint | | | | |
| Jesus Alonzo c/o Andrew Wolff Law Offices of Andrew Wolff 1970 Broadway, Ste 210 Oakland, CA 94612 | - | | | | | X | Unknown |
| Account No. | | | Complaint | | | | |
| Johann Scott c/o Andrew Wolff Law Offices of Andrew Wolff 1970 Broadway, Ste 210 Oakland, CA 94612 | - | | | | | X | Unknown |
| Account No. | | | Notice Purposes Only | | | | |
| John Lee 344 13th Street, #702 Oakland, CA 94612 | - | | | | | | 0.00 |

Sheet no. __10__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re   **Empyrean Towers, LLC**               ,      Case No. _____

                               Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Purposes Only | | | | |
| Katherine Bergman<br>344 13th Street, #406<br>Oakland, CA 94612 | - | | | | | | 0.00 |
| Account No. | | | Complaint | | | | |
| Kevin Mears<br>c/o Andrew Wolff<br>Law Offices of Andrew Wolff<br>1970 Broadway, Ste 210<br>Oakland, CA 94612 | - | | | | | X | Unknown |
| Account No. | | | Complaint | | | | |
| Kia Ora Henson<br>c/o Andrew Wolff<br>Law Offices of Andrew Wolff<br>1970 Broadway, Ste 210<br>Oakland, CA 94612 | - | | | | | X | Unknown |
| Account No. | | | Notice Purposes Only | | | | |
| Kieran McCreedy<br>344 13th Street, #707<br>Oakland, CA 94612 | - | | | | | | 0.00 |
| Account No. | | | Notice Purposes Only | | | | |
| Krystal Allen<br>344 13th Street, #412<br>Oakland, CA 94612 | - | | | | | | 0.00 |

Sheet no. __11__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      0.00

Case: 15-42341   Doc# 1   Filed: 07/30/15   Entered: 07/30/15 10:53:56   Page 31 of 79

In re   **Empyrean Towers, LLC**                 ,       Case No. _____

                                       Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Complaint | | | | |
| **Krystle Martin c/o Andrew Wolff Law Offices of Andrew Wolff 1970 Broadway, Ste 210 Oakland, CA 94612** | - | | | | | | X | **Unknown** |
| Account No. | | | | Class Action Complaint | | | | |
| **Kyle Niemier c/o Andrew Wolff Law Offices of Andrew Wolff 1970 Broadway, Ste 210 Oakland, CA 94612** | - | | | | | | X | **Unknown** |
| Account No. | | | | Complaint | | | | |
| **Leonard Lyons c/o Andrew Wolff Law Offices of Andrew Wolff 1970 Broadway, Ste 210 Oakland, CA 94612** | - | | | | | | X | **Unknown** |
| Account No. | | | | Notice Purposes Only | | | | |
| **Lina Zocchi 344 13th Street, #705 Oakland, CA 94612** | - | | | | | | | **0.00** |
| Account No. | | | | Class Action Complaint | | | | |
| **Logan Mendez c/o Andrew Wolff Law Offices of Andrew Wolff 1970 Broadway, Ste 210 Oakland, CA 94612** | - | | | | | | X | **Unknown** |

Sheet no. __12__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal                 
(Total of this page)        **0.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                         Best Case Bankruptcy

In re  **Empyrean Towers, LLC**_____,  Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Notice Purposes Only | | | | |
| Lonnie Wilson 344 13th Street, #214 Oakland, CA 94612 | | | | | | | | 0.00 |
| Account No. | | - | | Complaint | | | X | |
| Lucy Turchin c/o Andrew Wolff Law Offices of Andrew Wolff 1970 Broadway, Ste 210 Oakland, CA 94612 | | | | | | | | Unknown |
| Account No. | | - | | Notice Purposes | | | | |
| Luis May 270 turk Street, #707 San Francisco, CA 94102 | | | | | | | | 0.00 |
| Account No. | | - | | Complaint | | | X | |
| Lydia Hamilton c/o Andrew Wolff Law Offices of Andrew Wolff 1970 Broadway, Ste 210 Oakland, CA 94612 | | | | | | | | Unknown |
| Account No. | | - | | Complaint | | | X | |
| Maria Anast c/o Andrew Wolff Law Offices of Andrew Wolff 1970 Broadway, Ste 210 Oakland, CA 94612 | | | | | | | | Unknown |

Sheet no. __13__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

In re  **Empyrean Towers, LLC**                                              ,     Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Notice Purposes | | | | |
| Maria Rojas 353 South 25th St Richmond, CA 94804 | - | | | | | | | **0.00** |
| Account No. | | | | Complaint | | | | |
| Marie Alexandria Rigaud c/o Andrew Wolff Law Offices of Andrew Wolff 1970 Broadway, Ste 210 Oakland, CA 94612 | - | | | | | | X | **Unknown** |
| Account No. | | | | Notice Purposes Only | | | | |
| Mark Franz 344 13th Street, #407 Oakland, CA 94612 | - | | | | | | | **0.00** |
| Account No. | | | | Receiver | | | | |
| Mark S. Adams California Receivership Group A California Public Benefit Corporation 150 S. Barrington Ave, Ste 100 Los Angeles, CA 90049 | - | | | | | | X | **Unknown** |
| Account No. | | | | Complaint | | | | |
| Marvin Mathews c/o Andrew Wolff Law Offices of Andrew Wolff 1970 Broadway, Ste 210 Oakland, CA 94612 | - | | | | | | X | **Unknown** |

Sheet no. __14__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

In re **Empyrean Towers, LLC** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Purposes | | | | |
| Michael Bailey 344 13th St Oakland, CA 94612 | - | | | | | | 0.00 |
| Account No. | | | Complaint | | | | |
| Michael Barnette c/o Andrew Wolff Law Offices of Andrew Wolff 1970 Broadway, Ste 210 Oakland, CA 94612 | - | | | | | X | Unknown |
| Account No. | | | Notice Purposes | | | | |
| Michael D. Humphrey 2755 Dohr St Berkeley, CA 94702 | - | | | | | | 0.00 |
| Account No. | | | Notice Purposes Only | | | | |
| Michaelina Simik 344 13th Street, #405 Oakland, CA 94612 | - | | | | | | 0.00 |
| Account No. | | | Notice Purposes Only | | | | |
| Mindy Taylor 344 13th Street, #709 Oakland, CA 94612 | - | | | | | | 0.00 |

Sheet no. __15__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

In re **Empyrean Towers, LLC**                                    , Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Notice Purposes Only | | | | |
| Nicholas Fiske 344 13th Street, #710 Oakland, CA 94612 | - | | | | | | | 0.00 |
| Account No. | | | | Complaint | | | | |
| Nicol Lenoir c/o Andrew Wolff Law Offices of Andrew Wolff 1970 Broadway, Ste 210 Oakland, CA 94612 | - | | | | | | X | Unknown |
| Account No. | | | | Notice Purposes Only | | | | |
| Nik Jimenez 344 13th Street, #704 Oakland, CA 94612 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Purposes | | | | |
| Patricia N. Lee 2714 Viola St Oakland, CA 94619 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Purposes Only | | | | |
| Patrick Ahern 344 13th Street, #204 Oakland, CA 94612 | - | | | | | | | 0.00 |

Sheet no. __16__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                     0.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re __Empyrean Towers, LLC_____,    Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Phillip Moore**<br>**c/o Andrew Wolff**<br>**Law Offices of Andrew Wolff**<br>**1970 Broadway, Ste 210**<br>**Oakland, CA 94612** | - | | **Complaint** | | | X | **Unknown** |
| Account No.<br><br>**Porarith Pheng**<br>**344 13th Street, #506**<br>**Oakland, CA 94612** | - | | **Notice Purposes Only** | | | | **0.00** |
| Account No.<br><br>**Rafael Feliciano**<br>**c/o Andrew Wolff**<br>**Law Offices of Andrew Wolff**<br>**1970 Broadway, Ste 210**<br>**Oakland, CA 94612** | - | | **Complaint** | | | X | **Unknown** |
| Account No.<br><br>**Ramon Spicer**<br>**c/o Andrew Wolff**<br>**Law Offices of Andrew Wolff**<br>**1970 Broadway, Ste 210**<br>**Oakland, CA 94612** | - | | **Complaint** | | | X | **Unknown** |
| Account No.<br><br>**Ravi Vaidynationa**<br>**344 13th Street, #610**<br>**Oakland, CA 94612** | - | | **Notice Purposes Only** | | | | **0.00** |

Sheet no. __17__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

In re   **Empyrean Towers, LLC**                       ,     Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | Complaint | | | X | |
| Rhonda Wynne c/o Andrew Wolff Law Offices of Andrew Wolff 1970 Broadway, Ste 210 Oakland, CA 94612 | | | | | | | | | Unknown |
| Account No. | | | - | | Notice Purposes Only | | | | |
| Robert Turner Jr. 344 13th Street, #209 Oakland, CA 94612 | | | | | | | | | 0.00 |
| Account No. | | | - | | Notice Purposes | | | | |
| Rosalinda Bermudez 3830 Mission St, #1 San Francisco, CA 94110 | | | | | | | | | 0.00 |
| Account No. | | | - | | Complaint | | | X | |
| Sarita C. Candy c/o Charles R. Ostertag Alamere Law 802 B Street San Rafael, CA 94901 | | | | | | | | | Unknown |
| Account No. | | | - | | Notice Purposes Only | | | | |
| Simon Guity 344 13th Street, #604 Oakland, CA 94612 | | | | | | | | | 0.00 |

Sheet no. __18__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                                **0.00**
(Total of this page)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

In re **Empyrean Towers, LLC** _____,   Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | Attorney's fees | | | | |
| Steve Whitworth 705 F Street Sacramento, CA 95814 | | - | | | | | | 0.00 |
| **Account No.** | | | | Notice Purposes | | | | |
| Sunshine Beauty Supplies 340 13th Street Oakland, CA 94612 | | - | | | | | | 0.00 |
| **Account No.** | | | | Complaint | | | | |
| Tasha George c/o Andrew Wolff Law Offices of Andrew Wolff 1970 Broadway, Ste 210 Oakland, CA 94612 | | - | | | | | X | Unknown |
| **Account No. xxxxxx5195** | | | | | | | | |
| The People of the State of CA and The City of Oakland Barbara Parker, City Attorney One Frank H. Ogawa Plaza, 6th Floor Oakland, CA 94612 | | - | | | X | X | X | Unknown |
| **Account No.** | | | | Notice Purposes Only | | | | |
| Tyron Nalls 344 13th Street, #608 Oakland, CA 94612 | | - | | | | | | 0.00 |

Sheet no. __19__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   0.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

In re **Empyrean Towers, LLC**_____,  Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Tyron Nalls**<br>**344 13th Street, #608**<br>**Oakland, CA 94612** | - | | | **Notice Purposes** | | | | <br><br><br>**0.00** |
| Account No.<br><br>**Valley Plumbing Home Center, Inc.**<br>**272 Rose Ave**<br>**Pleasanton, CA 94566** | - | | | **Notice Purposes Only** | | | | <br><br><br>**0.00** |
| Account No.<br><br>**Whitney Walton**<br>**344 13th Street, #701**<br>**Oakland, CA 94612** | - | | | **Notice Purposes Only** | | | | <br><br><br>**0.00** |
| Account No.<br><br>**William Harris**<br>**344 13th Street, #411**<br>**Oakland, CA 94612** | - | | | **Notice Purposes Only** | | | | <br><br><br>**0.00** |
| Account No.<br><br><br> | | | | | | | | |

Sheet no. __20__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | **0.00** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **996,965.44** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

In re   **Empyrean Towers, LLC**             ,       Case No. _____

                           **Debtor**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Baya Hamadou**<br>**344 13th Street, #207**<br>**Oakland, CA 94612** | **Tenant Lease**<br>**344 13th Street,**<br>**Oakland, CA 94612** |
| **Carter Mayfield**<br>**344 13th Street, #706**<br>**Oakland, CA 94612** | **Tenant Lease**<br>**344 13th Street,**<br>**Oakland, CA 94612** |
| **Chris Akin**<br>**344 13th Street, #206**<br>**Oakland, CA 94612** | **Tenant Lease**<br>**344 13th Street,**<br>**Oakland, CA 94612** |
| **Devontae Harrell**<br>**Patricia Lee**<br>**344 13th Street, #715**<br>**Oakland, CA 94612** | **Tenant Lease**<br>**344 13th Street,**<br>**Oakland, CA 94612** |
| **Enkhjin Usukhbayar**<br>**Uyanga Ushkhbayar**<br>**344 13th Street, #305**<br>**Oakland, CA 94612** | **Tenant Lease**<br>**344 13th Street,**<br>**Oakland, CA 94612** |
| **Eric Daniels**<br>**344 13th Street, #205**<br>**Oakland, CA 94612** | **Tenant Lease**<br>**344 13th Street,**<br>**Oakland, CA 94612** |
| **Estes Chastian**<br>**344 13th Street, #711**<br>**Oakland, CA 94612** | **Tenant Lease**<br>**344 13th Street,**<br>**Oakland, CA 94612** |
| **Flower to Fruit**<br>**c/o Kathleen L. Torio**<br>**348 13th St**<br>**Oakland, CA 94612** | **Commercial lease for 348 13th Street, Oakland**<br>**Expires 4-30/2017** |
| **Halley Park**<br>**344 13th Street, #314**<br>**Oakland, CA 94612** | **Tenant Lease**<br>**344 13th Street,**<br>**Oakland, CA 94612** |
| **Holyoke Alexander Real Estate**<br>**c/o Jason Keith**<br>**900 Van Ness Ave, Ste 102**<br>**San Francisco, CA 94109** | **Real Estate Broker Listing Agreement** |
| **Innovistech Realty, LLC**<br>**PO Box 642447**<br>**San Francisco, CA 94164** | **Commercial Lease for 344 13th Street, Oakland** |

**2**

continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

In re **Empyrean Towers, LLC**                                     , Case No. _____

                                              Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Javon Crutchfield**<br>**344 13th Street, #301**<br>**Oakland, CA 94612** | **Tenant Lease**<br>**344 13th Street,**<br>**Oakland, CA 94612** |
| **John Lee**<br>**344 13th Street, #702**<br>**Oakland, CA 94612** | **Tenant Lease**<br>**344 13th Street,**<br>**Oakland, CA 94612** |
| **Katherine Bergman**<br>**344 13th Street, #406**<br>**Oakland, CA 94612** | **Tenant Lease**<br>**344 13th Street,**<br>**Oakland, CA 94612** |
| **Kieran McCreedy**<br>**344 13th Street, #707**<br>**Oakland, CA 94612** | **Tenant Lease**<br>**344 13th Street,**<br>**Oakland, CA 94612** |
| **Mindy Taylor**<br>**344 13th Street, #709**<br>**Oakland, CA 94612** | **Tenant Lease**<br>**344 13th Street,**<br>**Oakland, CA 94612** |
| **Nicholas Fiske**<br>**344 13th Street, #710**<br>**Oakland, CA 94612** | **Tenant Lease**<br>**344 13th Street,**<br>**Oakland, CA 94612** |
| **Nik Jimenez**<br>**344 13th Street, #704**<br>**Oakland, CA 94612** | **Tenant Lease**<br>**344 13th Street,**<br>**Oakland, CA 94612** |
| **Patrick Ahern**<br>**344 13th Street, #204**<br>**Oakland, CA 94612** | **Tenant Lease**<br>**344 13th Street,**<br>**Oakland, CA 94612** |
| **Robert Turner Jr.**<br>**Jean Turner**<br>**344 13th Street, #209**<br>**Oakland, CA 94612** | **Tenant Lease**<br>**344 13th Street,**<br>**Oakland, CA 94612** |
| **Simon Guity**<br>**344 13th Street, #604**<br>**Oakland, CA 94612** | **Tenant Lease**<br>**344 13th Street,**<br>**Oakland, CA 94612** |
| **Steve Whitworth**<br>**705 F Street**<br>**Sacramento, CA 95814** | **Cmmercial Lease for 346 13th Street, Oakland** |
| **Tyron Nalls**<br>**344 13th Street, #607**<br>**Oakland, CA 94612** | **Tenant Lease**<br>**344 13th Street,**<br>**Oakland, CA 94612** |
| **Whitney Walton**<br>**344 13th Street, #701**<br>**Oakland, CA 94612** | **Tenant Lease**<br>**344 13th Street,**<br>**Oakland, CA 94612** |

Sheet ___1___ of ___2___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

In re **Empyrean Towers, LLC** , Case No. _____

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **William Harris**<br>**344 13th Street, #411**<br>**Oakland, CA 94612** | **Tenant Lease**<br>**344 13th Street,**<br>**Oakland, CA 94612** |
| **WWP, LLC**<br>**c/o Jeff Jurow**<br>**900 Van Ness Ave, Ste 102**<br>**San Francisco, CA 94109** | **Real Estate Purchase Contract for 1300 Webster St, Oakland, CA 94612. Contract may not be enforceable by reason because it was signed by Debtor after the appointment of the State Court Receiver and issuance of TRO.** |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re    **Empyrean Towers, LLC**                               ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Prize Group, LLC**<br>**c/o Empyrean Towers, LLC**<br>**344 13th St**<br>**Oakland, CA 94612**<br>  **Former name of Debtor** | **East West Bank**<br>**c/o Patricia Lyon**<br>**French & Lyon**<br>**1990 California Blvd, Ste 300**<br>**Walnut Creek, CA 94596** |
| **Richard Singer**<br>**c/o Steven Morger**<br>**Wendel, Rosen, Black & Dean, LLP**<br>**1111 Broadway, Ste 2400**<br>**Oakland, CA 94607** | **East West Bank**<br>**c/o Patricia Lyon**<br>**French & Lyon**<br>**1990 California Blvd, Ste 300**<br>**Walnut Creek, CA 94596** |

**0**

\_\_\_\_ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## Northern District of California

In re **Empyrean Towers, LLC** _____  Case No. _____

Debtor(s)  Chapter  **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**39**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **July 30, 2015** _____  Signature  **/s/ Alice Tse** _____
**Alice Tse**
**Manager**

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re **Empyrean Towers, LLC** _____  Case No. _____

Debtor(s)  Chapter **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $108,532.00 | **2015 YTD: Debtor Rents Received (through 6/2015)** |
| $454,806.00 | **2014: Debtor Business Income** |
| $446,997.00 | **2013: Debtor Business Income** |

---

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT  SOURCE

### 3. Payments to creditors

None ☑ **Complete a. or b., as appropriate, and c.**

 a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None ☐  b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **Ball Security**<br>**1104 Corporate Way**<br>**Sacramento, CA 95831** | 5/18/2015<br>6/4/2015<br>7/6/2015 | **$7,662.60** | **$1,232.00** |
| **Steve Whitworth**<br>**705 F Street**<br>**Sacramento, CA 95814** | 6/19/2015-$10,000<br>5/7/2015-$10,000 | **$20,000.00** | **$0.00** |
| **G6 Hospitality Property**<br>**4001 International Parkway**<br>**Carrollton, TX 75007** | 5/7/2015  3739.45<br>5/8/2015  3271.51<br>5/11/2015  77.99 | **$7,088.95** | **$0.00** |
| **ServPro of Petaluma**<br>**373 Blodgett Street**<br>**Cotati, CA 94931** | 6/19/2015<br>5/20/2015<br>4/20/2015 | **$14,085.49** | **$0.00** |
| **InnoVisTech Realty**<br>**PO Box 642447**<br>**San Francisco, CA 94164** | 4/20/15  2500<br>4/29/15  2500<br>4/30/15  1000<br>5/8/15  1500<br>5/12/15  3000<br>5/14/15  2958.37 (5/14 payroll)<br>5/15/15  1700  (Luis May payroll)<br>5/22/15  700<br>5/26/15  3000<br>5/27/15  2300 (for PG&E)<br>6/2/15  3000<br>6/9/15  3000<br>6/15/15  1000<br>6/23/15  3000<br>6/26/15  3000<br>7/7/15  3000 | **$37,158.37** | **$151,949.94** |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Case: 15-42341  Doc# 1  Filed: 07/30/15  Entered: 07/30/15 10:53:56  Page 47 of 79

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **East West Bank**<br>**c/o Patricia Lyon**<br>**French & Lyon**<br>**1990 California Blvd, Ste 300**<br>**Walnut Creek, CA 94596** | **6/16/15**<br>**4/14/2015** | **$44,537.94** | **$2,200,000.00** |

    **None**
    ☐   c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Ching Fung Tsui Trust**<br>**PO Box 6424477**<br>**San Francisco, CA 94164**<br>   **100% member** | **within the past one year**<br>**Sept 5, 2014 to 12/30/2014** | **$18,500.00** | **$417,000.00** |
| **Alice Tse**<br>**PO Box 642447**<br>**San Francisco, CA 94164**<br>   **Manager** | **3/9/2015** | **$14,000.00** | **$259,000.00** |

---

    **4.  Suits and administrative proceedings, executions, garnishments and attachments**

    **None**
    ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **The People of the State of California, Plaintiff, the city of Oakland, Plaitiff and Real Party in Interest v. Empyrean Towers, LLC; Alice Tse; Richard Singer**<br>**RG15765195** | **Complaint for Receivorship, Injunctive Releif, Damages and Other Equitable Relief Based on: 1) Violation of California Bane Act; 2) violation of Tenant Protection Ordinance; 3) Violation of Just Cause for Eviction Ordinance/Meas ure EE; 4) Violation of Rooming House** | **Alameda County Superior Court** | **pending** |
| **Fisher vs Empyrean Towers, LLC**<br>**RG15764051** | **Complaint for Damages** | **Alameda County Superior Court** | **pending** |
| **Sarita C. Candy and Christal Foreman v. Empyrean Towers, LLC; Innovistech Realty Co; Alice F. Tse**<br><br>**RG15769854** | **Complaint for Damages; Breach of Contract; Warranty** | **Alameda County Superior Court** | **pending** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Logan Mendez, Kyle Niemier and Nicol Lenoir vs. Empyrean Towers, LLC; Prize Group, LLC; Richard Singer and Alice Tse**<br><br>**RG15765508** | **Class Action Complaint for Damages and Injunctive Relief** | **Alameda County Superior Court** | pending |
| **East West Bank vs. Prize Group, LLC; Empyrean Towers, LLC; Richard Singer**<br><br>**RG15773057** | **Other Real Property** | **Alameda County Superior Court** | pending |
| **Empyrean Towers, LLC vs. Andrew Allen RG14738995** | **Unlawful Detainer** | **Alameda County Superior Court** | **Pending** |
| **Empyrean Towers, LLC vs. Maria Anast RG14745478** | **Unlawful Detainer** | **Alameda County Superior Court** | **Pending-case will be dismissed due to age** |
| **Empyrean Towers, LLC vs. Krystle Martin RG14745514** | **Unlawful Detainer** | **Alameda County Superior Court** | **Pending-case to be dismissed due to age** |
| **Empyrean Towers, LLC vs. Donald Devereaux RG14745481** | **Unlawful Detainer** | **Alameda County Superior Court** | **Pending-case to be dismissed due to age** |
| **Empyrean Towers, LLC vs. Barnette RG14738538** | **Unlawful Detainer** | **Alameda County Superior Court** | **Stipulation for Entry of Judgment filed** |
| **Empyrean Towers, LLC vs. Mark Franz RG14745484** | **Unlawful Detainer** | **Alameda County Superior Court** | **Pending-case to be dismissed due to age** |
| **Empyrean Towers, LLC vs. Ed King RG14745484** | **Unlawful Detainer** | **Alameda County Superior Court** | **Pending-case to be dismissed due to age.** |
| **Empyrean Towers, LLC vs. Tasha George RG14745487** | **Unlawful Detainer** | **Alameda County Superior Court** | **Pending-case to be dismissed due to age** |
| **Empyrean Towers, LLC vs. Jason Greer RG14745502** | **Unlawful Detainer** | **Alameda County Superior Court** | **Pending-case to be dismissed due to age.** |
| **Empyrean Towers, LLC vs. Christophier Kahapea RG14745505** | **Unlawful Detainer** | **Alameda County Superior Court** | **Pending-case to be dismissed due to age** |
| **Empyrean Towers, LLC vs. Annette Fields RG14738556** | **Unlawful Detainer** | **Alameda County Superior Court** | **Judgment entered for Plaintiff** |
| **Empyrean Towers, LLC vs. Lucy Turchin RG14745523** | **Unlawful Detainer** | **Alameda County Superior Court** | **Pending-case to be dismissed due to age** |

Case: 15-42341    Doc# 1    Filed: 07/30/15    Entered: 07/30/15 10:53:56    Page 49 of 79

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Empyrean Towers, LLC vs. DMichael Couvson RG14745473** | **Unlawful Detainer** | **Alameda County Superior Court** | **Pending-case to be dismissed due to age** |
| **Empyrean Towers, LLC vs. Hunter Sims RG14745519** | **Unlawful Detainer** | **Alameda County Superior Court** | **Pending-case to be dismissed due to age** |
| **Empyrean Towers, LLC vs. Rafael Feliciano RG14738552** | **Unlawful Detainer** | **Alameda County Superior Court** | **Judgment Entered for Plaintiff** |
| **Empyrean Towers, LLC vs. Nicolette Beazley RG14738554** | **Unlawful Detainer** | **Alameda County Superior Court** | **Jedgment Entered for Plaintiff** |
| **Empyrean Towers, LLC vs. Evan Cottman RG14738534** | **Unlawful Detainer** | **Alameda County Superior Court** | **Judgment Entered for Plaintiff** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☐   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **Mark Adams 150 S. Barrington Ave, Ste 100 Los Angeles, CA 90049** | **Alameda County Superior Court The People of the State of California; The City of Oakland vs. Empyrean Towers, LLC RG15765195** | **6/26/2015** | **344 13th St, Oakland, CA $5,650,000** |

**7. Gifts**

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

---

**8. Losses**

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

---

**9. Payments related to debt counseling or bankruptcy**

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Kornfield, Nyberg, Bendes & Kuhner, P.C.** <br> **1970 Broadway, Ste 225** <br> **Oakland, CA 94612** | **7/16/2015** <br> **7/28/2015** | **$35,000 retainer** <br> **$6,500 retainer** |

---

**10. Other transfers**

None
■
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| **Empyrean Towers, LLC** | **90-1110785** | **344 13th Street Oakland, CA 94612** | **Residential Hotel and Retail** | **2002 to present** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                                                    DATES SERVICES RENDERED

**Brian Jann, CPA
Jann & Tran
350 Sansome Street, Ste 200
San Francisco, CA 94104**

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                                  ADDRESS                                          DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                                          ADDRESS

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                                    DATE ISSUED

### 20. Inventories

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY                    INVENTORY SUPERVISOR                     DOLLAR AMOUNT OF INVENTORY
                                                                             (Specify cost, market or other basis)

None
■

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                                        NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                        RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                              NATURE OF INTEREST                        PERCENTAGE OF INTEREST

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐       controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
|---|---|---|
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |
| **Ching Fung Tsui Trust**<br>**PO Box 6424477**<br>**San Francisco, CA 94164** | **100% Member** | **100%** |
| **Alice Tse**<br>**PO Box 642447**<br>**San Francisco, CA 94164** | **Manager** | **0%** |

---

**22 . Former partners, officers, directors and shareholders**

None    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■       commencement of this case.

NAME                                ADDRESS                                DATE OF WITHDRAWAL

None    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■       immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                                DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
■       in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
        commencement of this case.

|  |  | AMOUNT OF MONEY |
|---|---|---|
| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | OR DESCRIPTION AND<br>VALUE OF PROPERTY |

---

**24. Tax Consolidation Group.**

None    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
■       group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
        of the case.

NAME OF PARENT CORPORATION                              TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
■       employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date __**July 30, 2015**_____ Signature __**/s/ Alice Tse**_____

                                                     **Alice Tse**

                                                     **Manager**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of California

In re    **Empyrean Towers, LLC** _____ ,

                           Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ching Fung Tsui Trust**<br>**PO Box 6424477**<br>**San Francisco, CA 94164** | | **100% Member** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _____ **July 30, 2015** _____

Signature _**/s/ Alice Tse** _____

                                     **Alice Tse**
                                     **Manager**

    *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

---

# United States Bankruptcy Court
## Northern District of California

In re   **Empyrean Towers, LLC**         Case No. _____
                                Debtor(s)       Chapter    **11** _____

## CREDITOR MATRIX COVER SHEET

        I declare that the attached Creditor Mailing Matrix, consisting of __**18**__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date:   **July 30, 2015** _____         **/s/ Eric A. Nyberg** _____
                                                 Signature of Attorney
                                                 **Eric A. Nyberg 131105**
                                                 **Kornfield, Nyberg, Bendes & Kuhner, P.C.**
                                                 **1970 Broadway, Ste 225**
                                                 **Oakland, CA 94612**
                                                 **510-763-1000   Fax: 510-273-8669**

A Total Fire Pro
3075 Alhambra Dr, Ste 205
Shingle Springs, CA 95682


ACG Engineers, Inc.
7347 Mission Street
Daly City, CA 94014


Aja Freeman
344 13th Street, #302
Oakland, CA 94612


Alameda County Tax Collector
Donald R. White
1221 Oak St, Rm 13
Oakland, CA 94612


Alice Tse
PO Box 642447
San Francisco, CA 94164


All American Elevators
PO Box 1031
Benicia, CA 94510


Andrea Polega
c/o Andrew Wolff
Law Offices of Andrew Wolff
1970 Broadway, Ste 210
Oakland, CA 94612


Andrew Allen
c/o Andrew Wolff
Law Offices of Andrew Wolff
1970 Broadway, Ste 210
Oakland, CA 94612

Arcardio Lynn
c/o Andrew Wolff
Law Offices of Andrew Wolff
1970 Broadway, Ste 210
Oakland, CA 94612


Ariana Patterson
344 13th Street, #216
Oakland, CA 94612


Avignon O'Farrell, LLC
PO Box 642447
San Francisco, CA 94164


Ball Security
1104 Corporate Way
Sacramento, CA 95831


Baya Hamadou
344 13th Street, #207
Oakland, CA 94612


Brandon Gunn
c/o Andrew Wolff
Law Offices of Andrew Wolff
1970 Broadway, Ste 210
Oakland, CA 94612


Bunia Enterprizes, Inc.
c/o Yehudah Fersht
5330 Bluebell Ave
Valley Village, CA 91607


Carlos G. Acosta
344 13th St
Oakland, CA 94612

Carter Mayfield
344 13th Street, #706
Oakland, CA 94612


Cas M. Black
972 61st Place, Apt 1
Oakland, CA 94608


Ching Fung Tsui Trust
PO Box 642447
San Francisco, CA 94164


Chris Akin
344 13th Street, #206
Oakland, CA 94612


Christal Foreman
c/o Charles R. Ostertag
Alamere Law
802 B Street
San Rafael, CA 94901


Christopher Kahapea
344 13th Street, #312
Oakland, CA 94612


Christopher Wamesley
344 13th Street, # 507
Oakland, CA 94612


Christopher Wamsley
c/o Andrew Wolff
Law Offices of Andrew Wolff
1970 Broadway, Ste 210
Oakland, CA 94612

City of Oakland
Business Tax Section
1221 Oak Street, Rm 131
Oakland, CA 94612


Darrell Moore
c/o Andrew Wolff
Law Offices of Andrew Wolff
1970 Broadway, Ste 210
Oakland, CA 94612


Darrell Moore
344 13th Street, #203
Oakland, CA 94612


Devontae Harrell
Patricia Lee
344 13th Street, #715
Oakland, CA 94612


Dimichael Couvason
344 13th Street, #508
Oakland, CA 94612


Don Fisher
c/o Andrew Wolff
Law Offices of Andrew Wolff
1970 Broadway, Ste 210
Oakland, CA 94612


Donald Devereaux
c/o Andrew Wolff
Law Offices of Andrew Wolff
1970 Broadway, Ste 210
Oakland, CA 94612


Donald Devereaux
344 13th Street, # 309
Oakland, CA 94612

Donald Torte
c/o Andrew Wolff
Law Offices of Andrew Wolff
1970 Broadway, Ste 210
Oakland, CA 94612


Duncan Falls
344 13th Street, #601
Oakland, CA 94612


Dwan Elevator Co.
699 4th Street
Oakland, CA 94607


East West Bank
c/o Patricia Lyon
French & Lyon
1990 California Blvd, Ste 300
Walnut Creek, CA 94596


East West Bank
476 Huntington Drive
San Marino, CA 91108


EBMUD
Attn: Bankruptcy
PO Box 1000
Oakland, CA 94649-0001


Eboni Wilson
c/o Andrew Wolff
Law Offices of Andrew Wolff
1970 Broadway, Ste 210
Oakland, CA 94612


Ed King
c/o Andrew Wolff
Law Offices of Andrew Wolff
1970 Broadway, Ste 210
Oakland, CA 94612

```
Ed King
344 13th Street, # 515
Oakland, CA 94612


Edmundo J Rojas-Romero
827 Bellevue Ave
Daly City, CA 94014


Eileen Baptistin Level
c/o Andrew Wolff
Law Offices of Andrew Wolff
1970 Broadway, Ste 210
Oakland, CA 94612


Enkhjin Usukhbayar
Uyanga Ushkhbayar
344 13th Street, #305
Oakland, CA 94612


Eric Daniels
344 13th Street, #205
Oakland, CA 94612


Escalade Capital Group, LLC
PO Box 642447
San Francisco, CA 94164


Estes Chastian
344 13th Street, #711
Oakland, CA 94612


Eva Hoerler
c/o Andrew Wolff
Law Offices of Andrew Wolff
1970 Broadway, Ste 210
Oakland, CA 94612
```

Evan Cottman
c/o Andrew Wolff
Law Offices of Andrew Wolff
1970 Broadway, Ste 210
Oakland, CA 94612


Flower to Fruit
c/o Kathleen L. Torio
348 13th St
Oakland, CA 94612


Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95827-2952


G & G Capital, LLC
c/o Gerald Feldman
220 S. Camden Dr
Beverly Hills, CA 90212


Green Electric
1700 Shattuck Ave, Ste 71
Berkeley, CA 94709


Halley Park
344 13th Street, #314
Oakland, CA 94612


Holyoke Alexander Real Estate
c/o Jason Keith
900 Van Ness Ave, Ste 102
San Francisco, CA 94109


Hunter Sims
c/o Andrew Wolff
Law Offices of Andrew Wolff
1970 Broadway, Ste 210
Oakland, CA 94612

Hunter Sims
344 13th Street, # 611
Oakland, CA 94612


Innovistech Realty, LLC
PO Box 642447
San Francisco, CA 94164


Internal Revenue Service
Special Procedures Branch
Bankruptcy Section/Mail Code 1400S
1301 Clay St.
Oakland, CA 94612-5210


J. Carrillo Plumbing & Drains
393 Nassau Lane
Hayward, CA 94544


Jasmine Smith
c/o Andrew Wolff
Law Offices of Andrew Wolff
1970 Broadway, Ste 210
Oakland, CA 94612


Jasmine Smith
344 13th Street, # 303 or #310
Oakland, CA 94612


Jason Greer
344 13th Street, #306
Oakland, CA 94612


Javon Crutchfield
c/o Andrew Wolff
Law Offices of Andrew Wolff
1970 Broadway, Ste 210
Oakland, CA 94612

Javon Crutchfield
344 13th Street, #301
Oakland, CA 94612


Jessie Alford
344 13th Street, #202
Oakland, CA 94612


Jessie Weimer
344 13th Street, #402
Oakland, CA 94612


Jesus Alonzo
c/o Andrew Wolff
Law Offices of Andrew Wolff
1970 Broadway, Ste 210
Oakland, CA 94612


Jesus Alonzo
344 13th Street, # 609
Oakland, CA 94612


Johann Scott
c/o Andrew Wolff
Law Offices of Andrew Wolff
1970 Broadway, Ste 210
Oakland, CA 94612


Johann Scott
344 13th St, #208
Oakland, CA 94612


John Lee
344 13th Street, #702
Oakland, CA 94612

Katherine Bergman
344 13th Street, #406
Oakland, CA 94612


Kevin Mears
c/o Andrew Wolff
Law Offices of Andrew Wolff
1970 Broadway, Ste 210
Oakland, CA 94612


Kevin Mears
344 13th Street, # 315
Oakland, CA 94612


Kia Ora Henson
c/o Andrew Wolff
Law Offices of Andrew Wolff
1970 Broadway, Ste 210
Oakland, CA 94612


Kia'Ora Henson
344 13th Street, #511
Oakland, CA 94612


Kieran McCreedy
344 13th Street, #707
Oakland, CA 94612


Krystal Allen
344 13th Street, #412
Oakland, CA 94612


Krystle Martin
c/o Andrew Wolff
Law Offices of Andrew Wolff
1970 Broadway, Ste 210
Oakland, CA 94612

Krystle Martin
344 13th Ave, # 612
Oakland, CA 94612

Kyle Neimier
344 13th Street, #307
Oakland, CA 94612

Kyle Niemier
c/o Andrew Wolff
Law Offices of Andrew Wolff
1970 Broadway, Ste 210
Oakland, CA 94612

Lemud Spicer
344 13th Street, #415
Oakland, CA 94612

Leonard Lyons
c/o Andrew Wolff
Law Offices of Andrew Wolff
1970 Broadway, Ste 210
Oakland, CA 94612

Leonard Lyons
344 13th Street, # 404
Oakland, CA 94612

Lina Zocchi
344 13th Street, #705
Oakland, CA 94612

Logan Mendez
c/o Andrew Wolff
Law Offices of Andrew Wolff
1970 Broadway, Ste 210
Oakland, CA 94612

Lonnie Wilson
344 13th Street, #214
Oakland, CA 94612


Lucy Turchin
c/o Andrew Wolff
Law Offices of Andrew Wolff
1970 Broadway, Ste 210
Oakland, CA 94612


Lucy Turchin
344 13th Street, # 512
Oakland, CA 94612


Luis May
270 turk Street, #707
San Francisco, CA 94102


Lydia Hamilton
c/o Andrew Wolff
Law Offices of Andrew Wolff
1970 Broadway, Ste 210
Oakland, CA 94612


Maria Anast
c/o Andrew Wolff
Law Offices of Andrew Wolff
1970 Broadway, Ste 210
Oakland, CA 94612


Maria Anast
344 13th Street, #304
Oakland, CA 94612


Maria Rojas
353 South 25th St
Richmond, CA 94804

Marie Alexandria Rigaud
c/o Andrew Wolff
Law Offices of Andrew Wolff
1970 Broadway, Ste 210
Oakland, CA 94612


Mark Franz
344 13th Street, #407
Oakland, CA 94612


Mark S. Adams
California Receivership Group
A California Public Benefit Corporation
150 S. Barrington Ave, Ste 100
Los Angeles, CA 90049


Marvin Mathews
c/o Andrew Wolff
Law Offices of Andrew Wolff
1970 Broadway, Ste 210
Oakland, CA 94612


Michael Bailey
344 13th St
Oakland, CA 94612


Michael Barnette
c/o Andrew Wolff
Law Offices of Andrew Wolff
1970 Broadway, Ste 210
Oakland, CA 94612


Michael D. Humphrey
2755 Dohr St
Berkeley, CA 94702


Michaelina Simik
344 13th Street, #405
Oakland, CA 94612

Mindy Taylor
344 13th Street, #709
Oakland, CA 94612


Nicholas Fiske
344 13th Street, #710
Oakland, CA 94612


Nicol Lenoir
c/o Andrew Wolff
Law Offices of Andrew Wolff
1970 Broadway, Ste 210
Oakland, CA 94612


Nicole Lenoir
344 13th Street, #401
Oakland, CA 94612


Nik Jimenez
344 13th Street, #704
Oakland, CA 94612


Patricia N. Lee
2714 Viola St
Oakland, CA 94619


Patrick Ahern
344 13th Street, #204
Oakland, CA 94612


Phillip Moore
c/o Andrew Wolff
Law Offices of Andrew Wolff
1970 Broadway, Ste 210
Oakland, CA 94612

Porarith Pheng
344 13th Street, #506
Oakland, CA 94612


Prize Group, LLC
c/o Empyrean Towers, LLC
344 13th St
Oakland, CA 94612


Rafael Feliciano
c/o Andrew Wolff
Law Offices of Andrew Wolff
1970 Broadway, Ste 210
Oakland, CA 94612


Ramon Spicer
c/o Andrew Wolff
Law Offices of Andrew Wolff
1970 Broadway, Ste 210
Oakland, CA 94612


Ravi Vaidynationa
344 13th Street, #610
Oakland, CA 94612


Rhonda Wynne
c/o Andrew Wolff
Law Offices of Andrew Wolff
1970 Broadway, Ste 210
Oakland, CA 94612


Richard Singer
c/o Steven Morger
Wendel, Rosen, Black & Dean, LLP
1111 Broadway, Ste 2400
Oakland, CA 94607


Robert Turner Jr.
344 13th Street, #209
Oakland, CA 94612

Robert Turner Jr.
Jean Turner
344 13th Street, #209
Oakland, CA 94612


Rosalinda Bermudez
3830 Mission St, #1
San Francisco, CA 94110


Sang San Tse
PO Box 642447
San Francisco, CA 94164


Sarita C. Candy
c/o Charles R. Ostertag
Alamere Law
802 B Street
San Rafael, CA 94901


Simon Guity
344 13th Street, #604
Oakland, CA 94612


State Board of Equalization
Acct Reference Group MIC 29
P. O. Box 942879
Sacramento, CA 94279-0029


Steve Whitworth
705 F Street
Sacramento, CA 95814


Sunshine Beauty Supplies
340 13th Street
Oakland, CA 94612

Tasha George
c/o Andrew Wolff
Law Offices of Andrew Wolff
1970 Broadway, Ste 210
Oakland, CA 94612


Tasha George
344 13th Street, # 410
Oakland, CA 94612


The People of the State of CA and
The City of Oakland
Barbara Parker, City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612


The People of the State of CA and
The City of Oakland
Melosa Granda, Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612


Tyron Nalls
344 13th Street, #608
Oakland, CA 94612


Tyron Nalls
344 13th Street, #607
Oakland, CA 94612


Valley Plumbing Home Center, Inc.
272 Rose Ave
Pleasanton, CA 94566


Whitney Walton
344 13th Street, #701
Oakland, CA 94612

William Harris
344 13th Street, #411
Oakland, CA 94612


WWP, LLC
c/o Jeff Jurow
900 Van Ness Ave, Ste 102
San Francisco, CA 94109

# United States Bankruptcy Court
## Northern District of California

In re    __Empyrean Towers, LLC__                   Case No.   _____

                                       Debtor(s)            Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Empyrean Towers, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Ching Fung Tsui Trust**
**PO Box 6424477**
**San Francisco, CA 94164**

☐ None [*Check if applicable*]

__July 30, 2015__                      **/s/ Eric A. Nyberg**

Date                                     **Eric A. Nyberg 131105**

Signature of Attorney or Litigant

Counsel for    **Empyrean Towers, LLC**

**Kornfield, Nyberg, Bendes & Kuhner, P.C.**

**1970 Broadway, Ste 225**
**Oakland, CA 94612**
**510-763-1000 Fax:510-273-8669**

# United States Bankruptcy Court
## Northern District of California

In re __Empyrean Towers, LLC_____  Case No. _____
                                    Debtor(s)        Chapter __11_____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Alice Tse**, declare under penalty of perjury that I am the **Manager** of **Empyrean Towers, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said Limited Liability Corporation at a special meeting duly called and held on the __14th__ day of __July__, 20__15.__

"Whereas, it is in the best interest of this Limited Liability Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Alice Tse**, **Manager** of this Limited Liability Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the Limited Liability Corporation; and

Be It Further Resolved, that **Alice Tse**, **Manager** of this Limited Liability Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Alice Tse**, **Manager** of this Limited Liability Corporation is authorized and directed to employ **Eric A. Nyberg 131105**, attorney and the law firm of **Kornfield, Nyberg, Bendes & Kuhner, P.C.** to represent the Limited Liability Corporation in such bankruptcy case."

Date __July ___, 2015_____     Signed  **/s/ Alice Tse**_____
                                                    **Alice Tse, Manager**

**Date: July     , 2015**                              **/s/ Ching Fung Tsui** _____
                                                    **Ching Fung Tsui, Member**

Resolution of Board of Directors
of
**Empyrean Towers, LLC**

Whereas, it is in the best interest of this Limited Liability Corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Alice Tse, Manager** of this Limited Liability Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the Limited Liability Corporation; and

Be It Further Resolved, that **Alice Tse, Manager** of this Limited Liability Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Corporation and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Alice Tse, Manager** of this Limited Liability Corporation is authorized and directed to employ **Eric A. Nyberg 131105**, attorney and the law firm of **Kornfield, Nyberg, Bendes & Kuhner, P.C.** to represent the Limited Liability Corporation n such bankruptcy case.

Date  **July __, 2015**                              Signed _____
                                                            /s/ Alice Tse, Manager

Date  **July __, 2015**                              Signed _____
                                                            /s/ Ching Fung Tsui, Member