MICHELSON LAW GROUP
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
Telephone: 415.512.8600
Facsimile: 415.512.8601
Email: randy.michelson@michelsonlawgroup.com

Attorneys for Chapter 11 Trustee
Randy Sugarman

The following constitutes
the order of the court. Signed June 10, 2016

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 15-42341 RLE 11 |
| EMPYREAN TOWERS, LLC, a California limited liability corporation, | Chapter 11 |
| Debtor. | **ORDER GRANTING TRUSTEE'S MOTION FOR ORDER DIRECTING FORMER RECEIVER TO COMPLY WITH ORDER DIRECTING APPOINTMENT OF CHAPTER 11 TRUSTEE** |

The Court, having heard argument on May 4, 2016 and June 8, 2016 on the Trustee's Motion for Order Directing Former Receiver to Comply with Order Directing Appointment of Chapter 11 Trustee (the "Motion"), appearances having been noted on the record, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED; and

2. The Receiver, Mark S. Adams, forthwith shall (a) turnover $15,500 to the Trustee and (b) file a declaration indicating whether he advanced other funds to himself.

*** END OF ORDER ***

ORDER GRANTING TRUSTEE'S MOTION FOR ORDER DIRECTING FORMER RECEIVER TO COMPLY WITH ORDER DIRECTING APPOINTMENT OF CHAPTER 11 TRUSTEE

Case: 15-42341    Doc# 388    Filed: 06/10/16    Entered: 06/10/16 16:23:51    Page 1 of 2

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | |
| 3 | Mark S. Adams<br>California Receivership Group, PBC |
| 4 | 2716 Ocean Park Blvd., Suite 3010<br>Santa Monica, CA  90405 |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |