Byron Z. Moldo (SBN 109652)
bmoldo@ecjlaw.com
John W. Shenk (SBN 261573)
jshenk@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325

Attorneys for Mark Adams, State Court Receiver

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 15-42341 RLE 11 |
| EMPYREAN TOWERS, LLC, a California limited liability company, | Chapter 11 |
| Debtor. | **NOTICE OF APPEAL AND STATEMENT OF ELECTION** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):  **Mark S Adams**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ☒ Other (describe) __state court health and safety receiver__

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: **Turnover order**

2. State the date on which the judgment, order, or decree was entered: **June 10, 2016**

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: **Randy Sugarman Chapter 11 Trustee**   Attorney: **Randy Michelson**
   ~~220 Montgomery St. St. 2100~~
   __San Francisco CA 94104__
   ~~(415) 512 8600~~

2. Party: _____   Attorney: _____

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_____
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: June 23, 2016

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
Mark Adams, SB#68300 in pro per
2716 Ocean Park Blvd. St 3010
Santa Monica CA 90405
(310)471-8181

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

```
1   MICHELSON LAW GROUP
    Randy Michelson (SBN 114095)
2   220 Montgomery Street, Suite 2100
    San Francisco, CA 94104
3   Telephone: 415.512.8600
    Facsimile: 415.512.8601
4   Email:    randy.michelson@michelsonlawgroup.com

5   Attorneys for Chapter 11 Trustee
    Randy Sugarman
```

The following constitutes
the order of the court. Signed June 10, 2016

Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>EMPYREAN TOWERS, LLC, a California limited liability corporation,<br><br>Debtor. | Case No. 15-42341 RLE 11<br><br>Chapter 11<br><br>**ORDER GRANTING TRUSTEE'S MOTION FOR ORDER DIRECTING FORMER RECEIVER TO COMPLY WITH ORDER DIRECTING APPOINTMENT OF CHAPTER 11 TRUSTEE** |

The Court, having heard argument on May 4, 2016 and June 8, 2016 on the Trustee's Motion for Order Directing Former Receiver to Comply with Order Directing Appointment of Chapter 11 Trustee (the "Motion"), appearances having been noted on the record, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED; and

2. The Receiver, Mark S. Adams, forthwith shall (a) turnover $15,500 to the Trustee and (b) file a declaration indicating whether he advanced other funds to himself.

*** END OF ORDER ***

ORDER GRANTING TRUSTEE'S MOTION FOR ORDER DIRECTING FORMER RECEIVER
TO COMPLY WITH ORDER DIRECTING APPOINTMENT OF CHAPTER 11 TRUSTEE

Case: 15-42341    Doc# 406    Filed: 06/24/16    Entered: 06/24/16 11:26:01    Page 4 of 5
Case: 15-42341    Doc# 388    Filed: 06/10/16    Entered: 06/10/16 16:23:51    Page 1 of 2

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 9401 Wilshire Boulevard, Ninth Floor, Beverly Hills, CA 90212-2974.

On June 24, 2016, I served true copies of the following document(s) described as **NOTICE OF APPEAL AND STATEMENT OF ELECTION** on the interested parties in this action as follows:

    **X**    **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 24, 2016, at Beverly Hills, California.

/s/Kimberly Anthony
Kimberly Anthony