MARK S. ADAMS, SB#68300
California Receivership Group, PBC
2716 Ocean Park Blvd., Suite 3010
Santa Monica, California 90405
Tel. (310) 471-8181
Fax (310) 471-8180
madams@calreceivers.com
Court-Appointed Receiver

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE:<br><br>EMPYREAN TOWERS, LLC, a California Limited Liability Company,<br><br>Debtors. | Bankruptcy Case: 15-42341 RLE 11<br>Case No. 3:16-cv-03684-CRB<br><br>Chapter 11<br><br>**APPELLANT'S STATEMENT OF ISSUES ON APPEAL** |

**PLEASE TAKE NOTICE** that Mark S. Adams, State Court Receiver for the property located at 1300 Webster Avenue, Oakland, California ("Receiver") hereby submits his Appellant's Statement of Issues on Appeal as follows:

Whether the Bankruptcy Court erred in concluding that the $15,500 the Receiver used to reimburse personal funds advanced from his own accounts to pay a delinquent PG&E bill and delinquent payroll and operating expenses at the Empyrean Towers were not funds used to pay expenses necessary to preserve the property, pursuant to 11 U.S.C. § 543(a), and therefore should be forfeited to the trustee?

Whether the Bankruptcy Court erred in failing to find that, pursuant to 11 U.S.C. § 362(b)(4), the Receiver's actions in paying utility and salary expenses and then reimbursing those advances was

not exempt from the Bankruptcy Court's jurisdiction because done as part of a state court police power proceeding?

Whether the Bankruptcy Court erred in concluding that the Receiver should be subject to the turnover requirements of sections 543(a) and (b), despite the fact that the Receiver was appointed by the State in a valid exercise of its police power to remedy a long history of extensive, severe, and continuing health and safety violations, and therefore does not fall under the definition of "custodian" as intended by the drafters of the Bankruptcy Code?

Whether the Bankruptcy Court erred in overriding the order of Superior Court Judge Hernandez approving the Receiver's monthly accounting which disclosed the reimbursement of $15,500?

Whether the Bankruptcy Court erred in entering the June 10, 2016 Order Granting "Trustee's Motion for Order Directing Former Receiver to Comply with Order Directing Appointment of Chapter 11 Trustee"?

DATED: August 2, 2016    CALIFORNIA RECEIVERSHIP GROUP, PBC


By: /s/ Mark S. Adams
    MARK S. ADAMS, State Court Receiver

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 9401 Wilshire Boulevard, Ninth Floor, Beverly Hills, CA 90212-2974.

On August 2, 2016, I served true copies of the following document(s) described as **APPELLANT'S STATEMENT OF ISSUES ON APPEAL** on the interested parties in this action as follows:

X    **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 2, 2016, at Beverly Hills, California.

_____
Lore Pekrul