MICHELSON LAW GROUP
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
Telephone: 415.512.8600
Facsimile: 415.512.8601
Email: randy.michelson@michelsonlawgroup.com

Attorneys for Appellee

Chapter 11 Trustee
Randy Sugarman

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>EMPYREAN TOWERS, LLC, a California limited liability corporation,<br><br>Debtor | Bankruptcy Court Case No. 15-42341 RLE<br><br>District Court Case No. 16-cv-03684 CRB<br><br>Chapter 11<br><br>**APPELLEE CHAPTER 11 TRUSTEE RANDY SUGARMAN'S DESIGNATION OF RECORD** |

Appellee Randy Sugarman (the "Trustee"), the duly-appointed Chapter 11 Trustee in the underlying bankruptcy case, hereby submits the following Designation of Record:

| No. | Docket No. | Date | Description |
|---|---|---|---|
| 1. | 1 | 07/30/2015 | Chapter 11 Voluntary Petition, Fee Amount $1717, Filed by Empyrean Towers, LLC. Order Meeting of Creditors due by 08/6/2015. (Nyberg, Eric) (Entered: 07/30/2015) |
| 2. | 14 | 08/05/2015 | Notice of Appearance and Request for Notice by Byron Z. Moldo, Filed by Interested Party State Court Receiver Adams, Mark (Moldo, Byron) (Entered: 08/03/2015) |

| No. | Docket No. | Date | Description |
| --- | --- | --- | --- |
| 3. | 47 | 08/21/2015 | Declaration of Mark Adams in Opposition of Declaration Of Mark Adams In Response To Motion For Turnover, Accounting, And Surcharge (RE: related document(s)24 Motion for Turnover of Property, 41 Opposition Brief/Memorandum, 42 Motion Miscellaneous Relief, 43 Notice of Hearing). Filed by Creditor Mark Adams State Court Receiver (Attachments: # 1 Exhibit # 2 Exhibit) (Bratton, Dale) ERROR: INCORRECT PARTY FILER SELECTED. COURT CORRECTED PARTY FILER. Modified on 8/26/2015 (lb). (Entered: 08/21/2015) |
| 4. | 48 | 08/21/2015 | Declaration of Gerard Keena in Opposition of Declaration Of Gerard Keena In Response To Motion For Turnover, Accounting, And Surcharge (RE: related document(s)24 Motion for Turnover of Property, 41 Opposition Brief/Memorandum, 42 Motion Miscellaneous Relief, 43 Notice of Hearing). Filed by Creditor Mark Adams State Court Receiver (Bratton, Dale) ERROR: INCORRECT PARTY FILER SELECTED. COURT CORRECTED PARTY FILER. Modified on 8/26/2015 (lb). (Entered: 08/21/2015) |
| 5. | 49 | 08/21/2015 | Declaration of Elizabeth Hull in Opposition of Declaration Of Elizabeth Hull In Response To Motion For Turnover, Accounting, And Surcharge (RE: related document(s)24 Motion for Turnover of Property, 41 Opposition Brief/Memorandum, 42 Motion Miscellaneous Relief, 43 Notice of Hearing). Filed by Creditor Mark Adams State Court Receiver (Bratton, Dale) ERROR: INCORRECT PARTY FILER SELECTED. COURT CORRECTED PARTY FILER. Modified on 8/26/2015 (lb). (Entered: 08/21/2015) |
| 6. | 54 | 08/25/2015 | Response to City's Motion to Excuse Turnover (RE: related document(s)42 Motion Miscellaneous Relief). Filed by U.S. Trustee Office of the U.S. Trustee/Oak (Kelly, Lynette) (Entered: 08/25/2015) |
| 7. | 55 | 08/26/2015 | Declaration of Chris Beatty, Esq. In Response to Motion for Turnover and Motion to Excuse Turnover (RE: related document(s)42 Motion Miscellaneous Relief). (Attachments: # 1 attachment-1 # 2 attachment-2) (acc) (Entered: 08/26/2015) |

| No. | Docket No. | Date | Description |
|---|---|---|---|
| 8. | 70 | 09/15/2015 | Order Granting City's Motion To Excuse Turnover Under Sec. 543(d)(1) (Related Doc # 42 Motion). (mab) (Entered: 09/15/2015) |
| 9. | 72 | 09/15/2015 | Fourth Report of Mark Adams, State Court, Receiver, and Declaration of Mark Adams Re Property and 09/15/2015 Receivership Status and Request for Additional Super Priority Funding Filed by Interested Party State Court Receiver Adams, Mark (Attachments: # 1 Exhibit A) (Moldo, Byron). CORRECTIVE ENTRY: COURT CORRECTED DOCKET TEXT TO MATCH PDF. Modified on 9/17/2015 (rs). (Entered: 09/15/2015) |
| 10. | 77 | 09/18/2015 | Order Authorizing Employment of Counsel (Related Doc # 62) (acc) (Entered: 09/18/2015) |
| 11. | 87 | 09/28/2015 | Fifth Report: [Fifth Report of Receiver, and Declaration of Mark Adams Re Compliance and Rehabilitation Plan] Filed by Interested Party State Court Receiver Adams, Mark (Attachments: # 1 Exhibit A) (Moldo, Byron) IN THE FUTURE, PLEASE HOLD THE CTRL KEY TO HIGHLIGHT EACH DOCKET EVENT "DECLARATION". CALL THE COURT FOR ASSISTANCE, IF NEEDED. Modified on 9/29/2015 (lb). (Entered: 09/28/2015) |
| 12. | 89 | 09/29/2015 | August 2015 Monthly Accounting of Receivership Income; Expenses and Interim Fees; (Proposed) Order with Certificate of Service Filed by Interested Party State Court Receiver Adams, Mark (Attachments: # 1 Exhibit A - Part 1 # 2 Exhibit A - Part 2 # 3 Exhibit A - Part 3 # 4 Exhibit A - Part 4) (Moldo, Byron) Modified on 9/30/2015 ATTACHED PDF VARIOUS PAGES ARE SCANNED SIDEWAYS. CORRECTIVE ENTRY: COURT CORRECTED DOCKET TEXT TO MATCH PDF. (tw). (Entered: 09/29/2015) |
| 13. | 102 | 10/05/2015 | Sixth Report Of Receiver And Declaration Of Mark Adams Replying To Various Oppositions To The Fourth Receivers Report Request For Funding; (Proposed Order), Declaration of Mark Adams, State Court Receiver Filed by Interested Party State Court Receiver Adams, Mark (Attachments: # 1 Exhibit A) (Moldo, Byron) (Entered: 10/05/2015) |

| No. | Docket No. | Date | Description |
|-----|------------|------|-------------|
| 14. | 116 | 10/21/2015 | Brief/Memorandum in Opposition to The City of Oakland's (RE: related document(s)105 Motion to Dismiss Case). Filed by Creditor Committee Official Committee Of Unsecured Creditors (Attachments: # 1 Exhibit Exhibit A to the Official Committee of Unsecured Creditors' Opposition to the City of Oakland's Motion to Dismiss Empyrean Towers, LLC's Chapter 11 Case) (Egan, Pamela) (Entered: 10/21/2015) |
| 15. | 120 | 10/22/2015 | Declaration of Mark Adams in Support of and to Clarify Fifth Report and Status of Obtaining Bids from Licensed Contractors (RE: related document(s)87 Report). Filed by Interested Party State Court Receiver Adams, Mark (Moldo, Byron) PDF DOCUMENT LIST THE INCORRECT CASE NUMBER,COURT INFORMATION, HEARING DATE AND TIME AND COURT LOCATION. Modified on 10/23/2015 (lb). (Entered: 10/22/2015) |
| 16. | 121 | 10/22/2015 | Amended Declaration of Mark Adams in Support of and to Clarify Fifth Report and Status of Obtaining Bids from Licensed Contractors (RE: related document(s)87 Report, 120 Declaration). Filed by Interested Party State Court Receiver Adams, Mark (Moldo, Byron) PDF DOES NOT STATE "AMENDED". Modified on 10/23/2015 (lb). (Entered: 10/22/2015) |
| 17. | 127 | 10/26/2015 | Report: [September 2015 Monthly Accounting of Receivership Income, Expenses and Interim Fees; (Proposed) Order] Filed by Interested Party State Court Receiver Adams, Mark (Attachments: # 1 Exhibit A # 2 Exhibit 1 to Exhibit A # 3 Exhibit 2 to Exhibit A # 4 Exhibit 3 to Exhibit A # 5 Exhibit 4 to Exhibit A - Part 1 # 6 Exhibit 4 to Exhibit A - Part 2 # 7 Exhibit 4 to Exhibit A - Part 3; (Proposed) Order) (Moldo, Byron) (Entered: 10/26/2015) |
| 18. | 131 | 10/27/2015 | Seventh Report: [Seventh Report of Receiver and Declaration of Mark Adams Re Omnibus Reply to Various Pleadings] Filed by Interested Party State Court Receiver Adams, Mark (Attachments: # 1 Exhibit A) (Moldo, Byron) (Entered: 10/27/2015) |
| 19. | 140 | 11/05/2015 | Motion to Incur Debt Motion for Order Authorizing State Court Receiver to Obtain a Senior Secured Loan Pursuant to 11 U.S.C. |

| No. | Docket No. | Date | Description |
| --- | --- | --- | --- |
|  |  |  | Section 364(d); Memorandum of Points and Authorities; Declarations of Gerald Feldman, Yehudah Fersht, and Bryon Z. Moldo with proof of service Filed by Interested Party State Court Receiver Adams, Mark (Moldo, Byron) (Entered: 11/05/2015) |
| 20. | 142 | 11/06/2015 | Order Directing Appointment of Chapter 11 Trustee (Related Doc(s): 93 Motion). (mab) (Entered: 11/06/2015) |
| 21. | 153 | 11/09/2015 | Motion to Appoint Trustee Application for Order Approving Appointment of Chapter 11 Trustee Filed by U.S. Trustee Office of the U.S. Trustee/Oak (Attachments: # 1 Notice of Appointment # 2 Proposed Order-FRBP 4001 # 3 Verified Statement # 4 Certificate of Service) (Kelly, Lynette) (Entered: 11/09/2015) |
| 22. | 155 | 11/10/2015 | Debtor's Limited Opposition to Motion for Order Authorizing State Court Receiver to Obtain a Senior Secured Loan Pursuant to 11 U.S.C. s. 364(d) (RE: related document(s)140 Motion to Incur Debt). Filed by Debtor Empyrean Towers, LLC (Attachments: # 1 Certificate of Service) (Tiemstra, James) (Entered: 11/10/2015) |
| 23. | 157 | 11/11/2015 | Notice Regarding Notice of Acceptance of Appointment of Chapter 11 Trustee (RE: related document(s)153 Motion to Appoint Trustee Application for Order Approving Appointment of Chapter 11 Trustee Filed by U.S. Trustee Office of the U.S. Trustee/Oak (Attachments: # 1 Notice of Appointment # 2 Proposed Order-FRBP 4001 # 3 Verified Statement # 4 Certificate of Service)). Filed by Trustee Randy Sugarman (Michelson, Randy) (Entered: 11/11/2015) |
| 24. | 163 | 11/13/2015 | Order Authorizing Receiver to Obtain a Senior Secured Loan (RE: related document(s)140 Motion to Incur Debt filed by Interested Party State Court Receiver Adams, Mark). Hearing scheduled for 11/24/2015 at 01:00 PM at Oakland Room 201 - Efremsky. (acc) (Entered: 11/13/2015) |
| 25. | 165 | 11/13/2015 | Order Approving Appointment Of Chapter 11 Trustee. (acc) (Entered: 11/16/2015) |
| 26. |  | 11/24/2015 | Courtroom Hearing MINUTES (Text only) for proceedings held before Judge Roger L. Efremsky on 11/24/2015 re: 140 Motion for Order |

| No. | Docket No. | Date | Description |
|---|---|---|---|
|  |  |  | Authorizing Receiver To Obtain A Senior Secured Loan filed by Interested party 11/24/2015 State Court Receiver Adams, Mark. APPROVED on a final basis for the amount of $112,500. Accounting from Receiver as to the items stated on the record shall be filed within one week. Appearance(s): James Tiemstra, Bryon Moldo, Michael Sweet, Melosa Granda, Pamela Egan, Lynette Kelly, Randy Michelson, Randy Sugarman, Steven Morger and Mary Tang present. (mab) (Entered: 11/24/2015) |
| 27. | 178 | 11/24/2015 | PDF with attached Audio File. Court Date & Time [ 11/24/2015 1:00:51 PM ]. File Size [ 6732 KB ]. Run Time [ 00:28:03 ]. ( ). (admin). (Entered: 11/24/2015) |
| 28. | 183 | 12/01/2015 | Notice Regarding [Notice of Filing of Receiver's Accounting of Funds Advanced by Lender] Filed by Interested Party State Court Receiver Adams, Mark (Attachments: # 1 Exhibit A) (Moldo, Byron). Related document(s) 140 Motion to Incur Debt Motion for Order Authorizing State Court Receiver to Obtain a Senior Secured Loan Pursuant to 11 U.S.C. Section 364(d); Memorandum of Points and Authorities; Declarations of Gerald Feldman, Yehudah Fersht, and Bryon Z. Moldo w filed by Interested Party State Court Receiver Adams, Mark, 163 Order. CORRECTIVE ENTRY: COURT ADDED LINKAGE TO DOC#140 AND #163. Modified on 12/2/2015 (lb). (Entered: 12/01/2015) |
| 29. | 187 | 12/02/2015 | Order Authorizing Receiver to Obtain Senior Secured Loan on a Final Basis (Related Doc # 140) (acc) (Entered: 12/03/2015) |
| 30. | 188 | 12/04/2015 | Report: [October 2015 Monthly Accounting of Receivership Income, Expenses and Interim Fees; (Proposed) Order [Re State Court Case No. RG15765195] Filed by Interested Party State Court Receiver Adams, Mark (Attachments: # 1 Exhibit A - Part 1 # 2 Exhibit A - Part 2 # 3 Exhibit A - Part 3) (Moldo, Byron) ERROR: INCORRECT DOCKET EVENT SELECTED. IN THE FUTURE, PLEASE USE THE PATH: BK >MISCELLANEOUS>OPERATING REPORT. Modified on 12/7/2015 (lb). (Entered: 12/04/2015) |
| 31. | 229 | 01/08/2016 | Report: [Accounting of Property by Mark Adams, State Court Receiver, in Accordance with |

| No. | Docket No. | Date | Description |
|---|---|---|---|
| | | | Bankruptcy Code Section 543 and Courts November 6, 2015 Order] Filed by Interested Party State Court Receiver Adams, Mark (Attachments: # 1 Exhibit A - Part 1 # 2 Exhibit A - Part 2 # 3 Exhibit A - Part 3 # 4 Exhibit 4 - Part 4 # 5 Exhibit A - Part 5 # 6 Exhibit A - Part 6 # 7 Exhibit A - Part 7 # 8 Exhibit A - Part 8 # 9 Exhibit A - Part 9 # 10 Exhibit A - Part 10 # 11 Exhibit A - Part 11 # 12 Exhibit A - Part 12 # 01/08/2016 13 Exhibit A - Part 13 # 14 Exhibit A - Part 14 # 15 Exhibit B) (Moldo, Byron) Modified on 1/11/2016 ERROR: INCORRECT DOCKET EVENT SELECTED. IN THE FUTURE, PLEASE USE THE PATH: BK > MISCELLANEOUS > DOCUMENT. ATTACHED PDF CONTAINS VARIOUS PAGES SCANNED SIDEWAYS. (tw). Modified on 1/13/2016 (tw). (Entered: 01/08/2016) |
| 32. | 230 | 01/11/2016 | Supplement to Accounting of Property by Mark Adams, State Court Receiver, in Accordance with Bankruptcy Code Section 543 and Courts November 6, 2015 Order (RE: related document(s)229 Report). Filed by Interested Party State Court Receiver Adams, Mark (Attachments: # 1 Exhibit A - Part 1 # 2 Exhibit A - Part 2 # 3 Exhibit A - Part 3 # 4 Exhibit A - Part 4 # 5 Exhibit B) (Moldo, Byron) CORRECTIVE ENTRY: COURT CORRECTED DOCKET TEXT TO MATCH PDF. Modified on 1/12/2016 (rs). (Entered: 01/11/2016) |
| 33. | 274 | 02/26/2016 | Operating Report for Filing Period November 2015 [[November 2015 Monthly Accounting of Receivership Income, Expenses and Interim Fees; (Proposed) Order [Re State Court Case No. RG15765195]] Filed by Interested Party State Court Receiver Adams, Mark (Attachments: # 1 Exhibit A - Part 1 # 2 Exhibit A - Part 2 # 3 Exhibit A - Part 3 # 4 Exhibit A - Part 4) (Moldo, Byron) (Entered: 02/26/2016) |
| 34. | 289 | 02/29/2016 | Receiver's Response to Trustees Motion for Authority to Enter Purchase Option and Purchase and Sale Agreements (RE: related document(s)246 Motion for Sale of Property). Filed by Interested Party State Court Receiver Adams, Mark (Moldo, Byron) (Entered: 02/29/2016) |
| 35. | 295 | 03/01/2016 | Operating Report for Filing Period December 2015 [December 2015 Monthly Accounting of Receivership Income, Expenses and Interim Fees] |

| No. | Docket No. | Date | Description |
|---|---|---|---|
| | | | Filed by Interested Party State Court Receiver Adams, Mark (Attachments: # 1 Exhibit A) (Moldo, Byron) (Entered: 03/01/2016) |
| 36. | 339 | 04/18/2016 | Status Conference Statement Trustee's Status Conference Statement (Related Document 1 Chapter 11 Voluntary Petition) Filed by Trustee Randy Sugarman (Michelson, Randy) CORRECTIVE ENTRY: COURT HAS ADDED LINKAGE TO DOC #1. Modified on 4/20/2016 (rs). (Entered: 04/18/2016) |
| 37. | 341 | 04/18/2016 | Operating Report for Filing Period March 31, 2016 Filed by Trustee Randy Sugarman (Michelson, Randy) (Entered: 04/18/2016) |
| 38. | 356 | 04/28/2016 | Additional Interim Financing Order (RE: related document(s)333 Trustee's Motion filed by Trustee Randy Sugarman). (mab) (Entered: 04/28/2016) |
| 39. | 357 | 04/28/2016 | Trustee's Motion for Order Directing Former Receiver to Comply with Order Directing Appointment of Chapter 11 Trustee Filed by Trustee Randy Sugarman (Michelson, Randy) ERROR: INCORRECT EVENT CODE USED. IN THE FUTURE, PLEASE USE THE PATH: BK > MOTIONS/APPLICATIONS > MISCELLANEOUS RELIEF. Modified on 4/29/2016 (cf). (Entered: 04/28/2016) |
| 40. | 358 | 04/28/2016 | Notice of Hearing Notice of Trustee's Motion for Order Directing Former Receiver to Comply with Order Directing Appointment of Chapter 11 Trustee (RE: related document(s)357 Motion to Compel Trustee's Motion for Order Directing Former Receiver to Comply with Order Directing Appointment of Chapter 11 Trustee Filed by Trustee Randy Sugarman). Hearing scheduled for 5/4/2016 at 02:00 PM at Oakland Room 201 - Efremsky. Filed by Trustee Randy Sugarman (Michelson, Randy) (Entered: 04/28/2016) |
| 41. | 359 | 04/28/2016 | Declaration of Randy Michelson in Support of Trustee's Motion for Order Directing Former Receiver to Comply with Order Directing Appointment of Chapter 11 Trustee (RE: related document(s)357 Motion to Compel). Filed by Trustee Randy Sugarman (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H) (Michelson, Randy) PAGE 21 OF PDF |

| No. | Docket No. | Date | Description |
|---|---|---|---|
| | | | SCANNED SIDEWAYS. Modified on 4/29/2016 (cf). (Entered: 04/28/2016) |
| 42. | 363 | 04/29/2016 | Order Shortening Time on Trustee's Motion For Order Directing Former Receiver To Comply With Order Directing Appointment of Chapter 11 Trustee (RE: related document(s)357 Motion to Compel filed by Trustee Randy Sugarman). Hearing scheduled for 5/4/2016 at 02:00 PM at Oakland Room 201 - Efremsky. (mab) (Entered: 04/29/2016) |
| 43. | 364 | 04/29/2016 | PDF with attached Audio File. Court Date & Time [ 4/28/2016 11:01:44 AM ]. File Size [ 10592 KB ]. Run Time [ 00:44:08 ]. ( ). (admin). (Entered: 04/29/2016) |
| 44. | 370 | 05/03/2016 | Response TO TRUSTEE'S MOTION DIRECTING FORMER RECEIVER TO COMPLY WITH ORDER DIRECTING APPOINTMENT OF CHAPTER 11 TRUSTEE; DECLARATION OF MARK ADAMS (RE: related document(s)357 Motion to Compel). Filed by Interested Party State Court Receiver Adams, Mark (Moldo, Byron) PLEASE DO NOT USE ALL UPPER CASE LETTERING. THIS FORMAT IS RESERVED FOR COURT USE ONLY. Modified on 5/4/2016 (lb). (Entered: 05/03/2016) 371 Courtroom Hearing MINUTES (Text only) for proceedings held before Judge William J. Lafferty. 333 Trustee's Motion for Order (1) Authorizing Additional Interim and Final Financing; (2) Approving Secured Superpriority Status; and (3) Authorizing Use of Cash Collateral - GRANTED. 357 05/04/2016 Trustee's Motion for Order Directing Former Receiver to Comply with Order Directing Appointment of Chapter 11 Trustee - Hearing continued to 5/18/2016 at 02:00 PM Oakland Room 201 - Efremsky. Appearance(s): Randy Michelson, Randy Sugarman, Pamela Egan, Melosa Granda, Michael Sweet, Michael Starkey, Mark Adams, and Lydia Ko present. (mab) (Entered: 05/04/2016) |
| 45. | 372 | 05/04/2016 | PDF with attached Audio File. Court Date & Time [ 5/4/2016 2:08:46 PM ]. File Size [ 6612 KB ]. Run Time [ 00:27:33 ]. ( ). (admin). (Entered: 05/04/2016) and Transcript of same. |
| 46. | 378 | 05/20/2016 | Operating Report for Filing Period - Month Ending: April 30, 2016 Filed by Trustee Randy |

| No. | Docket No. | Date | Description |
|---|---|---|---|
| | | | Sugarman (Michelson, Randy) (Entered: 05/20/2016) |
| 47. | 382 | 06/03/2016 | Trustee's Status Conference Statement Filed by Trustee Randy Sugarman (Michelson, Randy). Related document(s) 379 Order To Set Hearing. CORRECTIVE ENTRY: COURT CORRECTED DOCKET TEXT TO MATCH PDF. Modified on 6/6/2016 (lb). (Entered: 06/03/2016) |
| 48. | 384 | 06/06/2016 | Notice Regarding [Notice of Filing of Receiver's Eighth Report and Declaration of Mark Adams Re Request to Ratify Expenses Paid Pursuant to Court Order; (Proposed) Order][Re State Court Case No. RG15765195] Filed by Interested Party State Court Receiver Adams, Mark (Attachments: # 1 Exhibit A) (Moldo, Byron) (Entered: 06/06/2016) |
| 49. | 385 | 06/08/2016 | Courtroom Hearing MINUTES (Text only) for proceedings held before Judge Roger L. Efremsky on 6/8/2016 re: Status Conference and Motion. 357 Trustee's Motion for Order Directing Former Receiver to Comply with Order Directing Appointment of Chapter 11 Trustee Filed by Trustee Randy Sugarman - GRANTED. Further Status Conference scheduled for 6/30/2016 at 10:00 AM Oakland Room 201 - Efremsky. (mab) (Entered: 06/08/2016) |
| 50. | 387 | 06/08/2016 | PDF with attached Audio File. Court Date & Time [ 6/8/2016 10:33:37 AM ]. File Size [ 9844 KB ]. Run Time [ 00:41:01 ]. ( ). (admin). (Entered: 06/08/2016) and Transcript of same. |
| 51. | 388 | 06/10/2016 | Order Granting Trustee's Motion for Order Directing Former Receiver to Comply with Order Directing Appointment of Chapter 11 Trustee (Related Doc # 357 Motion). (mab) (Entered: 06/10/2016) |
| 52. | 390 | 06/14/2016 | Transcript regarding Hearing Held 11-12-15 RE: a) Motion for Order Authorizing Receiver to Obtain a Senior Secured Loan Filed by Interested Party, State Court Receiver, Mark Adams; b) Motion to Borrow Post-Petition Financing Filed by Official Committee of Unsecured Creditors; c) Application for Order Approving the Appointment of Chapter 11 Trustee. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. Until |

| No. | Docket No. | Date | Description |
|---|---|---|---|
| | | | that time the transcript may be viewed at the Bankruptcy Court or a copy may be obtained from the official court transcriber Jo McCall (480)361-3790. Notice of Intent to Request Redaction Deadline Due By 6/21/2016. Redaction Request Due By 07/5/2016. Redacted Transcript Submission Due By 07/15/2016. Transcript access will be restricted through 09/12/2016. (McCall, Jo) (Entered: 06/14/2016) |
| 53. | 406 | 06/24/2016 | Notice of Appeal and Statement of Election with certificate of service, Fee Amount $ 298. (RE: related document(s)388 Order on Motion to Compel). Appellant Designation due by 07/8/2016. Transmission to District Court due by 07/25/2016. Filed by Interested Party State Court Receiver Adams, Mark (Shenk, John) (Entered: 06/24/2016) 06/24/2016 Receipt of filing fee for Notice of Appeal and Statement of Election(15-42341) [appeal,ntcaplel] ( 298.00). Receipt number 26442260, amount $ 298.00 (re: Doc# 406 Notice of Appeal and Statement of Election) (U.S. Treasury) (Entered: 06/24/2016) |
| 54. | 408 | 06/29/2016 | Operating Report for Filing Period May 31, 2016 Filed by Trustee Randy Sugarman (Michelson, Randy) (Entered: 06/29/2016) |
| 55. | 410 | 06/29/2016 | Status Conference Statement Trustee's Status Conference Statement (Related Document 403 Notice of Continued Status Conference) Filed by Trustee Randy Sugarman (Michelson, Randy) CORRECTIVE ENTRY: COURT HAS ADDED LINKAGE TO DOC #403. Modified on 6/30/2016 (rs). (Entered: 06/29/2016) |
| 56. | 428 | 07/25/2016 | Operating Report for Filing Period June 2016 Filed by Trustee Randy Sugarman (Michelson, Randy) (Entered: 07/25/2016) |
| 57. | 433 | 08/01/2016 | Appellant Designation of Contents For Inclusion in Record On Appeal [with Certificate of Service attached] (RE: related document(s)406 Notice of Appeal and Statement of Election filed by Interested Party State Court Receiver Adams, Mark). Appellee designation due by 08/15/2016. Filed by Interested Party State Court Receiver Adams, Mark (Moldo, Byron) (Entered: 08/01/2016) |

| No. | Docket No. | Date | Description |
|---|---|---|---|
| 58. | 434 | 08/02/2016 | Statement of Issues on Appeal,[with Certificate of Service attached] (RE: related document(s)406 Notice of Appeal and Statement of Election filed by Interested Party State Court Receiver Adams, Mark, 433 Appellant Designation filed by Interested Party State Court Receiver Adams, Mark). Filed by Interested Party State Court Receiver Adams, Mark (Moldo, Byron) (Entered: 08/02/2016) |

Dated: August 15, 2016         MICHELSON LAW GROUP


By _____/s/ Randy Michelson_____
Randy Michelson
Attorneys for Appellee
Chapter 11 Trustee Randy Sugarman