Byron Z. Moldo (SBN 109652)
  bmoldo@ecjlaw.com
John W. Shenk (SBN 261573)
  jshenk@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Attorneys for Appellant Mark Adams, State Court Receiver

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re EMPYREAN TOWERS, LLC, a California limited liability company, ,<br><br>    Debtor. | Case No. 3:16-CV-03684-CRB<br><br>ORDER APPROVING STIPULATION TO DISMISS APPEAL |

    Based on the Stipulation to Dismiss Appeal ("Stipulation"), and good cause appearing,

    1.    IT IS HEREBY ORDERED that the Stipulation is approved.

    2.    IT IS FURTHER ORDERED that Mark Adams, State Court Receiver's ("Receiver") appeal of the June 10, 2016 Order Granting Trustee's Motion for Order Directing Former Receiver to Comply with Order Directing Appointment of Chapter 11 Trustee, entered by the United States Bankruptcy Court, Northern District of California, is dismissed.

    3.    IT IS FURTHER ORDERED that the Receiver and Randy Sugarman, Chapter 11 Trustee, including their counsel, shall execute any and all documents necessary to consummate their agreement.

DATED: June 6, 2017

_____
CHARLES R. BREYER
United States District Judge

14749.7:2955307.1